**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>District of New Jersey | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>BOS Supply Chain Solutions (Summit), Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>  aka Summit Radio Corp.; aka Summit Aviatiux<br>  aka Sussex Mechanical | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):    EIN: 22 1911284 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>  1008 Teaneck Road<br>  Teaneck, NJ                     ZIPCODE 07666 | Street Address of Joint Debtor (No. and Street, City, and State)<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>  Bergen | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  Supply chain

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy/2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

**B1 (Official Form 1) (4/10)**
Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>BOS Supply Chain Solutions (Summit), Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:   N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      Date</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br>       _____<br>       (Address of landlord)<br><br>☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)). |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): BOS Supply Chain Solutions (Summit), Inc. |

## Signatures

<table>
<tr>
<th>Signature(s) of Debtor(s) (Individual/Joint)</th>
<th>Signature of a Foreign Representative</th>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.


X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   (Date)

</td>
</tr>
<tr>
<th>Signature of Attorney*</th>
<th>Signature of Non-Attorney Petition Preparer</th>
</tr>
<tr>
<td>

X   /s/ Joshua H. Raymond
_____
   Signature of Attorney for Debtor(s)

**JOSHUA H. RAYMOND JR 2022**
   Printed Name of Attorney for Debtor(s)

Trenk, DiPasquale, Webster, Della Fera & Sodono
   Firm Name

_____
   Address

_____

_____
   Telephone Number

November 23, 2010
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Eyal Cohen
   Signature of Authorized Individual

EYAL COHEN
   Printed Name of Authorized Individual

Director
   Title of Authorized Individual

November 23, 2010
   Date

</td>
<td></td>
</tr>
</table>

Bankruptcy2010 ©1991-2010. New Hope Software, Inc. ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

RESOLUTION OF SPECIAL MEETING OF BOARD OF
DIRECTORS OF BOS-SUPPLY CHAIN SOLUTIONS
(SUMMIT) Inc. d/b/a SUMMIT RADIO CORP. AND
SUMMIT AVIATION SUPPLY

I hereby certify that at a special meeting of the members of BOS-Supply Chain Solutions

d/b/a Summit Radio Corp. and Summit Aviation Supply ("Summit"), held on the 22 day of

November 2010, the following resolution was proposed and unanimously adopted by all

members present:

> "RESOLVED that, in view of the financial condition of BOS-
> Supply Chain Solutions d/b/a Summit Radio Corp. and Summit
> Aviation Supply, its officers be and hereby are authorized to file a
> petition pursuant to Chapter 7 of the Bankruptcy Code and retain
> the services of the law firm Trenk, DiPasquale, Webster, Della
> Fera & Sodono, P.C. for the purposes of preparing, filing, and
> prosecuting a petition under Chapter 7 and to take all steps
> necessary and related thereto, and that Eyal Cohen is hereby
> authorized to execute the petition and any other pleadings or
> documents he and counsel deem necessary in connection with the
> Chapter 7 proceeding of BOS-Supply Chain Solutions d/b/a
> Summit Radio Corp. and Summit Aviation Supply."

In certification hereof, I do set my hand and seal this 22 day of November 2010.

**BOS-Supply Chain Solutions**
**d/b/a Summit Radio Corp. and Summit Aviation Supply**

By:_____
        Name: Avidan Zelicovski
Title: Chairman

By:_____
        Name: Yuval Viner
Title: Director

By:_____
        Name: Eyal Cohen
Title: Director

F:\WPDOCS\A-M\BOS\Corporate Resolution.doc

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## District of New Jersey

In re _____BOS Supply Chain Solutions (Summit), Inc._____          Case No.   10-_____

                                    Debtor

                                                              Chapter    7    _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $      0.00 | | |
| B – Personal Property | YES | 4 | $ 7,603,848.50 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 3,513,797.60 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $    18,235.70 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 27 | | $ 2,110,236.77 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $      0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $      0.00 |
| **TOTAL** | | 41 | $ 7,603,848.50 | $ 5,642,270.07 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.,-ver. 4.5.7-754 - 30386-302Y-036 0 - Adobe PDF

Official Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re     BOS Supply Chain Solutions (Summit), Inc.          Case No.     10-

_____Debtor_____          Chapter     7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4. Total from Schedule F | | $    N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6A (Official Form 6A) (12/07)

In re   BOS Supply Chain Solutions (Summit), Inc.                          Case No.  10-
                        **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6B (Official Form 6B) (12/07)

In re   <u>BOS Supply Chain Solutions (Summit), Inc.</u>      Case No. <u>10-</u>
              **Debtor**                                                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | Petty cash account | | 789.05 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account<br>Vista Chase<br>695 Route 46 West, Suite 101<br>Fairfield, NJ 07004 | | 149,588.94 |
| | | Checking account (payroll)<br>Chase<br>695 Route 46 West, Suite 101<br>Fairfield, NJ 07004 | | 1,000.00 |
| | | Money Market account<br>Chase<br>695 Route 46 West, Suite 101<br>Fairfield, NJ 07004 | | 0.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6B (Official Form 6B) (12/07) -- Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.                                    Case No.  10-
                        **Debtor**                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Commercial property insurance coverage<br>Hanover Insurance Group<br>440 Lincoln Street<br>Worcester, MA 01653 | | 0.00 |
| | | Business owner's building liabiltiy insurance<br>FMI Insurance Company<br>5 Broad Street<br>P.O. Box 400<br>Branchville, NJ 07826-0400 | | 0.00 |
| | | Worker's Compensation insurance<br>Hartford Underwriters Insurance Company<br>Hartford Plaza<br>P.O. Box 2907<br>Hartford, CT 06115 | | 0.00 |
| | | Surety<br>Capacity Coverage Company of NJ Inc.<br>One International Boulevard<br>Mahwah, NJ 07495 | | 0.00 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | Accounts receivable<br>Prepaid expenses | | 2,456,740.15<br>15,271.14 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6B (Official Form 6B) (12/07) -- Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.                     Case No.  10-
                    Debtor                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Balance due on loan to Lynk Inc. (parent company) | | 2,055,292.06 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Advance payments to suppliers | | 124,191.87 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Microsoft Windows license<br>Microsoft license | | 3,000.00<br>500.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Attached Rider<br>1008 Teaneck Road<br>Teaneck, NJ 07666 | | 34,505.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Physical warehouse inventory | | 2,762,970.29 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6B (Official Form 6B) (12/07) -- Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.                                   Case No.  10-
                        **Debtor**                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

                                            ____0____  continuation sheets attached    Total  $   7,603,848.50

                                            (Include amounts from any continuation
                                            sheets attached. Report total also on
                                            Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

In Re: BOS Supply Chain Solutions (Summit), Inc.

RIDER
Schedule B
#28 – Office equipment, furnishings, and supplies

| Area | QTY | Item | MISC | $ value per line |
|---|---|---|---|---|
| Conference Room | 1 | White Dry Eraser Marker Board | | 200 |
| | 1 | Video Conference System | | 1500 |
| | 1 | Projector, projector screen & cart | | 250 |
| | 1 | Oak Conference Table with 6 black leather chairs | | 2000 |
| | 3 | shelf book case | | 150 |
| | 1 | upright 3 drawer file cabinet / no lock | | 150 |
| | 1 | Office Chair | | 100 |
| | 1 | HP LASER PRINTER | | 150 |
| Andy's Office | 1 | Conference Table with 4 chairs | | 1000 |
| | 1 | HP/PRINTER/COPIER/SCANNER > MODEL # | | 200 |
| LYNN | 1 | upright 3 drawer file cabinet /lock/ FOR ITAR | | 350 |
| | 1 | FIRE PROOF SAFE WITH COMBINATION DIAL & KEY FOR DATA BACKUP | | 190 |
| | 1 | OFFICE DESK WITH CHAIR & WORK STATION (TOWER, KEYBOARD, MONITOR) | | 600 |
| | 1 | OFFICE DESK WITH CHAIR | | 320 |
| | 1 | HP DL360 SERVER | | 1200 |
| | 1 | HP DL360 SERVER | | 1200 |
| | 1 | HP DL360 SERVER | | 1200 |
| | 1 | HP DL360 SERVER | | 1200 |
| | 1 | HP DL320 SERVER | | 900 |
| | 1 | WIRELESS ROUTER (LINK SYS) | | 100 |
| | 1 | SERVER CABINET | | 100 |
| | 1 | SCANNER (WHERE PAUL SITS NOW) | | 30 |
| | 1 | CISCO FIREWALL | | 200 |
| | 1 | CISCO ROUTER | | 200 |
| | 1 | HP LASER PRINTER | | 150 |
| | 1 | FAX MACHINE | | 150 |
| NICOLE | 2 | OFFICE DESK WITH CHAIR & WORK STATION (TOWER, KEYBOARD, MONITOR) | | 600 |
| | 3 | upright 3 drawer file cabinet / no lock | | 300 |
| | 2 | OFFICE DESK WITH CHAIR | | 200 |
| FINANCE | 2 | OFFICE DESK WITH CHAIR & WORK STATION (TOWER, KEYBOARD, MONITOR) | | 600 |
| | 1 | EXECUTIVE CHERRY DESK WITH CHAIR | | 1000 |
| | 1 | UPRIGHT 5 SHELF CABINET WITH LOCK | | 400 |
| | 1 | FIRE PROOF SAFE WITH COMBINATION DIAL & KEY FOR  FINANCE | | 190 |
| | 3 | upright 3 drawer file cabinet / no lock | | 450 |
| | 1 | FAX MACHINE | | 150 |
| ALINA | 2 | OFFICE DESK WITH CHAIR | | 600 |
| | 1 | OFFICE DESK WITH CHAIR & WORK STATION (TOWER, KEYBOARD, MONITOR) | | 600 |
| | 2 | upright 3 drawer file cabinet / no lock | | 350 |
| MAIN OFFICE | 1 | HP COLOR LASERJET | | 600 |
| | 2 | HP LASERJET | | 800 |
| | 8 | OFFICE DESK WITH CHAIR & WORK STATION (TOWER, KEYBOARD, MONITOR) | | 4800 |
| | 11 | OFFICE DESK WITH CHAIR | | 2200 |

| | Item | Value |
|---|---|---|
| | 26 upright 3 drawer file cabinet / no lock | 2600 |
| | 1 FAX MACHINE | 50 |
| | 1 DIGITAL CLOCK | 500 |
| | 1 WORLD MAP | 100 |
| LOBBY | 1 COUCH | 1000 |
| | 1 COFFEE TABLE | 500 |
| | 2 BURBERRY CLUB CHAIRS | 800 |
| | 1 DIGITAL CLOCK | 100 |
| WAREHOUSE | 1 MANUAL SCISSOR PALLET JACK | 500 |
| | 1 UPRIGHT 5 SHELF CABINET WITH LOCK (ITAR) | 350 |
| | 1 UPRIGHT 5 SHELF CABINET/ NO LOCK (RETURNS) | 175 |
| | 1 WORKSTATION | 100 |
| | 1 PRINTER SCANNER | 100 |

B6C (Official Form 6C)  (04/10)

In re   BOS Supply Chain Solutions (Summit), Inc.                    Case No.  10-_____
               **Debtor**                                                           **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.7-754 - 30386-302Y-03610 • Adobe PDF

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re ___BOS Supply Chain Solutions (Summit), Inc.___,    Case No ___10-___
       Debtor                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

 State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

 List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

 If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

 If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

 Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JPMorgan Chase Bank, N.A.<br>Attn: Michael A. Fondacaro<br>NY1-K425<br>270 Park Avenue, 45th Floor<br>New York, NY 10017-2014 | | | | | | | 3,513,797.60 | 3,513,797.60 |
| | | | VALUE $    0.00 | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

___0___ continuation sheets attached

| | | |
|---|---|---|
| Subtotal ►<br>(Total of this page) | $3,513,797.60 | $3,513,797.60 |
| Total ►<br>(Use only on last page) | $3,513,797.60 | $3,513,797.60 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re    BOS Supply Chain Solutions (Summit), Inc.          ,        Case No.____10-_____
           _____                                              (if known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

**B6E (Official Form 6E) (04/10) - Cont.**

In re   BOS Supply Chain Solutions (Summit), Inc.                ,        Case No. 10-
                 Debtor                                                        (if known)

☐    **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-*0610 - Adobe PDF

    3    **continuation sheets attached**

B6E (Official Form 6E) (04/10) - Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.                    ,        Case No.   10-
_____                              _____
                        Debtor                                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)    Sec. 507(a)(5)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dave Murray <br> 810 Colfax Avenue <br> Pompton Plains, NJ 07442 | | | Consideration: <br> Unpaid sick/vacation time | | | | 1,547.00 | 0.00 | 1,547.00 |
| ACCOUNT NO. <br><br> David Smith <br> 110 Armstrong Road <br> Wantage, NJ 07461 | | | Consideration: <br> Unpaid sick/vacation time | | | | 11,500.00 | 0.00 | 11,500.00 |
| ACCOUNT NO. <br><br> Hernan Chica <br> 82 South State ST2 <br> Hackensack, NJ 07601 | | | Consideration: <br> Unpaid sick/vacation time | | | | 160.17 | 160.17 | 0.00 |
| ACCOUNT NO. <br><br> Nancy Hernandez <br> 25 Avenue B <br> Lodi, NJ 07644 | | | Consideration: <br> Unpaid sick/vacation time | | | | 534.00 | 0.00 | 534.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)  $ 13,741.17    $ 160.17    $ 13,581.00

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)  $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $        $        $

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6E (Official Form 6E) (04/10) - Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.            ,        Case No.   10-
_____
        Debtor                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(5)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Nicole Kent<br>60 River Road, Apt. 205W<br>Bogota, NJ 07603 | | | Consideration:<br>Unpaid sick/vacation time | | | | 127.50 | 0.00 | 127.50 |
| ACCOUNT NO.<br><br>Paul Cooperman<br>840 Palisade Avenue #1A<br>Teaneck, NJ 07666 | | | Consideration:<br>Unpaid sick/vacation time | | | | 2,560.80 | 0.00 | 2,560.80 |
| ACCOUNT NO.<br><br>Ximena Rosado<br>146 Lawrence Street<br>Hackensack, NJ 07601 | | | Consideration:<br>Unpaid sick/vacation time | | | | 1,087.50 | 0.00 | 1,087.50 |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal<br>(Totals of this page) | | | | $ 3,775.80 | $ 0.00 | $ 3,775.80 |
| | | | Total<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | | | | $ | | |
| | | | Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6E (Official Form 6E) (04/10) - Cont.

In re  BOS Supply Chain Solutions (Summit), Inc.                    ,       Case No.  10-
_____                              _____
Debtor                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)       Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>State of New Jersey | | | Consideration: New Jersey State taxes | | | | 718.73 | 718.73 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 718.73 | $ | $ |
| Total<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ 18,235.70 | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 878.90 | $ 17,356.80 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6F (Official Form 6F) (12/07)

In re   BOS Supply Chain Solutions (Summit), Inc,                          Case No.   10-
_____                                        _____
           Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   . . . . . . <br> A.E. Petsche <br> 920 GH River Street <br> Windsor, CT 06095 | | | Consideration: Trade debt . |  | | | 6,510.00 |
| ACCOUNT NO. <br> AAR Distribution <br> 3312 Paysphere Circle <br> Chicago, IL 60674-3312 | | | Consideration: Trade debt | | | | 3,284.86 |
| ACCOUNT NO. <br> Aaxico Sales, Inc. <br> 8881 N.W. 13th Terrace <br> Miami, FL 33172 | | | Consideration: Trade debt | | | | 10,215.00 |
| ACCOUNT NO. <br> AFP Industries Inc. <br> 7900 Whitepine Road <br> Richmond, VA 23237 | | | Consideration: Trade debt | | | | 10,881.56 |

___26___ continuation sheets attached                                  Subtotal ➤ | $ | 30,891.42

                                                                                Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  BOS Supply Chain Solutions (Summit), Inc.          ,          Case No.  10-
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Air Electro, Inc. 9452 De Soto Avenue Chatsworth, CA 91311-4910 | | | | | | | 10,493.80 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Air Ground Equipment 420 Edourd Avenue Granby, Quebec, Canada J2G3Z3 | | | | | | | 675.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Airpath Instrument Co., Inc. 13150 Taussig Avenue Bridgeton, MO 63044-1294 | | | | | | | 3,695.59 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Alvatek Electronics PO Box 7847 Wilmington, DE 19803-0847 | | | | | | | 141.36 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Amidon Associates PO Box 6122 Irvine, CA 92616 | | | | | | | 153.00 |

Sheet no. 1 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  15,158.75

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.                    ,          Case No.   10-
_____                              _____
                    Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Amphenol Canada Corp. 605 Milner Avenue Toronto, Ontario, Canada M1B 5X6 | | | Consideration: Trade debt | | | | 2,790.00 |
| ACCOUNT NO.  Amphenol Corporation 40-60 Delaware Drive Sidney, NY 13838-1395 | | | Consideration: Trade debt | | | | 392,619.99 |
| ACCOUNT NO.  Amphenol PCD 72 Cherry Hill Drive Beverly, MA 01915 | | | Consideration: Trade debt | | | | 7,450.30 |
| ACCOUNT NO.  Anderson Airmotive Products, Inc. 994 Jefferson Street Fall River, MA 02721 | | | Consideration: Trade debt | | | | 8,365.00 |
| ACCOUNT NO.  API-Memphis 2325 Dean Street Suite 600 St. Charles, IL 60175 | | | Consideration: Trade debt | | | | 4,180.24 |

Sheet no. __2__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $ | 415,405.53

Total ▶  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.         ,          Case No.    10-
                                        Debtor                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Aqua Measure Instrum <br> 1712 Earhart Court <br> La Verne, CA 9175-5826 | | | Consideration: Trade debt | | | | 1,512.00 |
| ACCOUNT NO. <br><br> Arik Eshel, CPA & Assoc., P.C. <br> 350 Motor Parkway <br> Hauppauge, NY 11778 | | | Consideration: Trade debt | | | | 3,000.00 |
| ACCOUNT NO. <br><br> Arrow Advantage <br> 155 Chain Lake Drive <br> Suite 27 <br> Halifax, Canada B3S1B3 | | | Consideration: Trade debt | | | | 298.29 |
| ACCOUNT NO. <br><br> Astonics <br> 815 N 2150 West Circle <br> Cedar City, UT 84720 | | | Consideration: Trade debt | | | | 1,544.58 |
| ACCOUNT NO. <br><br> Astrex Electronics, Inc. <br> 205 Express Street <br> Plainview, NY 11803 | | | Consideration: Trade debt | | | | 2,951.35 |

Sheet no. __3__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 9,306.22
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.          ,          Case No.   10-
                              Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Astro Tool<br>21615 SW Tualatin Valley Highway<br>Beaverton, OR 97006 | | | Consideration: Trade debt | | | | 332.10 |
| ACCOUNT NO.<br>Astro Tool Corp.<br>21615 SW Tualatin Valley Highway<br>Beaverton, OR 97006 | | | Consideration: Trade debt | | | | 45.03 |
| ACCOUNT NO.<br>Avio-Diepen Inc.<br>561 Airport South Parkway<br>Suite 500<br>Atlanta, GA 30349 | | | Consideration: Trade debt | | | | 10,710.00 |
| ACCOUNT NO.<br>Avionics Specialist<br>3833 Premier Avenue<br>Memphis, TN 38118 | | | Consideration: Trade debt | | | | 2,703.86 |
| ACCOUNT NO.<br>Avnet<br>P.O. Box 70390<br>Chicago, IL 60673-0390 | | | Consideration: Trade debt | | | | 3,556.24 |

Sheet no. 4 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 17,347.23

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.          ,          Case No.   10-
                         Debtor                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>B&B Electronics Mfg. Co.<br>707 East Dayton Road<br>Ottawa, IL 61350 | | | Consideration: Trade debt | | | | 86.00 |
| ACCOUNT NO.<br><br>Bausch & Lomb<br>1400 N Goodman Street<br>Rochester, NY 14609 | | | Consideration: Trade debt | | | | 950.00 |
| ACCOUNT NO.<br><br>Bergen Cable Technology<br>343 Kaplan Drive<br>Fairfield, NJ 07004 | | | Consideration: Trade debt | | | | 7,545.48 |
| ACCOUNT NO.<br><br>Betatronix Inc.<br>110 Nicon Court<br>Hauppauge, NY 11788-4212 | | | Consideration: Trade debt | | | | 7,725.00 |
| ACCOUNT NO.<br><br>BOS Better Online Solutions Ltd.<br>20 Yaacov Frieman Street<br>Rishon Le-Zion ISRAEL | | | | | | | 1,027,044.70 |

Sheet no. 5 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  1,043,351.18

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.7-754 - 30386-302Y-0361.0 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  BOS Supply Chain Solutions (Summit), Inc.    ,        Case No.   10-
                Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BPG, Inc. 440 Industrial Drive North Wales, PA 19454-4151 | | | Consideration: Trade debt | | | | 7,464.87 |
| ACCOUNT NO. BTC Electronic Components 1655 Fifth Avenue Unit 3 Bayshore, NY 11706 | | | Consideration: Trade debt | | | | 3.50 |
| ACCOUNT NO. Burgoyne Sales 110 McGaw Drive Edison, NJ 08837 | | | Consideration: Trade debt | | | | 3,558.00 |
| ACCOUNT NO. Cobham Mission Systems Division 2734 Hickory Grove Road Davelport, IA 52804-1203 | | | Consideration: Trade debt | | | | 125,000.00 |
| ACCOUNT NO. Connector Technology 5 Walter Foran Blvd Suite 4005 Flemington, NJ 08822 | | | Consideration: Trade debt | | | | 42.50 |

Sheet no. 6 of 26 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 136,068.87

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    BOS Supply Chain Solutions (Summit), Inc.                ,        Case No.    10-_____
                    Debtor                                                       (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Country Green Landscape Inc.<br>59 Beverly Place<br>Bergenfield, NJ 07621 | | | Consideration: Trade debt | | | | 146.72 |
| ACCOUNT NO.<br>CPN Electronics<br>4880 North Hiatus Road<br>Sunrise, FL 33351 | | | Consideration: Trade debt | | | | 8,555.65 |
| ACCOUNT NO.<br>D.R.I. Relays<br>55 Engineers Road<br>Hauppauge, NY | | | Consideration: Trade debt | | | | 34,500.00 |
| ACCOUNT NO.<br>David Clark Co.<br>Box 15054<br>Worcester, MA 01615-0054 | | | Consideration: Trade debt | | | | 5,290.00 |
| ACCOUNT NO.<br>David Smith<br>110 Armstrong Road<br>Wantage, NJ 07461 | | | | | | | 266.27 |

Sheet no. _7_ of _26_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

|  | | |
|---|---|---|
| Subtotal ▶ | $ | 48,758.64 |
| Total ▶ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  BOS Supply Chain Solutions (Summit), Inc.          ,          Case No.   10-
              Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| DBR Industries 18 Penns Road Newtown, PA 18940 | | | | | | | 794.50 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Deer Park P.O. Box 856192 Louisville, KY 40285-6192 | | | | | | | 107.60 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Denelex 101 Christopher Street Ronkonkoma, NY 11779 | | | | | | | 2,762.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Derco Aerospace, Inc. 8000 W Tower Milwaukee, WI 53223 | | | | | | | 1,405.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Diagnostic Solutions International 26 Lamplighter Irvine, CA 92620 | | | | | | | 1,140.00 |

Sheet no. 8 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 6,209.10
Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.                    ,        Case No.   10-
                        Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Digi-Key Corporation 701 Brook Avenue S Thief River Falls, MN 56701-0677 | | | Consideration: Trade debt | | | | 145.00 |
| ACCOUNT NO. DIT-MCO International Corp. 5612 Brighton Terrace Kansas City, MO 64130-4530 | | | Consideration: Trade debt | | | | 1,628.00 |
| ACCOUNT NO. Dixie Aerospace P.O. Box 515 Springville, UT 84663-0515 | | | Consideration: Trade debt | | | | 6,254.00 |
| ACCOUNT NO. DME Electronics 170 Cain Drive Haysville, KS 67060 | | | Consideration: Trade debt | | | | 770.00 |
| ACCOUNT NO. Dukes Aerospace, Inc. 9060 Winnetka Avenue Northridge, CA 91324 | | | Consideration: Trade debt | | | | 24,580.60 |

Sheet no. 9 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   33,377.60

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.                ,          Case No.   10-
       _____                           _____
                        Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> DuPont Tedlar <br> River Road & Sheridan Drive <br> Buffalo, NY 14207 | | | Consideration: Trade debt | | | | 3,517.27 |
| **ACCOUNT NO.** <br><br> ECD Hermetic Products Operation <br> 250 Eddie Jones Way <br> Oceanside, CA 92058 | | | Consideration: Trade debt | | | | 6,552.01 |
| **ACCOUNT NO.** <br><br> Edmo Distributors Inc. <br> 12830 E. Mirabeau Parkway <br> Spokane, WA 99216-1464 | | | Consideration: Trade debt | | | | 11,511.60 |
| **ACCOUNT NO.** <br><br> Electro Enterprises <br> 3601 N. Interstate 35 <br> 32-335 <br> Oklahoma City, OK 73136 | | | Consideration: Trade debt | | | | 942.00 |
| **ACCOUNT NO.** <br><br> Electro Enterprises <br> 7425 Jack Newell Blvd. South <br> Fort Worth, TX 76118 | | | Consideration: Trade debt | | | | 3,703.20 |

Sheet no.  10  of  26   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ▶ | $ | 26,226.08 |
| Total ▶ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.          ,          Case No.   10-
                            Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Electronic Connector Corp. 6332 S Central Avenue Chicago, IL 60638 | | | Consideration: Trade debt | | | | 196.90 |
| ACCOUNT NO. Emteq, Inc. 5349 South Emmer Drive New Berlin, WI 53151 | | | Consideration: Trade debt | | | | 32,406.40 |
| ACCOUNT NO. Federal Express P.O. Box 371461 Pittsburgh, PA 15250-7461 | | | Consideration: Trade debt | | | | 4,092.23 |
| ACCOUNT NO. Fred Levi 466 Royal Palm Way Boca Raton, FL 33432 | | | Consideration: Landlord | | | | |
| ACCOUNT NO. Fuses Unlimited 9248 Eton Avenue Chatsworth, CA 91311 | | | Consideration: Trade debt | | | | 545.20 |

Sheet no.  11  of 26   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 37,240.73

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  BOS Supply Chain Solutions (Summit), Inc.          ,          Case No.   10-
_____                          _____
                  Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> GE Lightin <br> 4400 Cox Road <br> PO Box 4290 <br> Glen Allen, VA 23058 | | | Consideration: Trade debt | | | | 1,050.70 |
| **ACCOUNT NO.** <br><br> Harper Engineering Co. <br> 200 S. Tobin Street <br> Renton, WA 98055-1307 | | | Consideration: Trade debt | | | | 6,370.00 |
| **ACCOUNT NO.** <br><br> Haydon Switch & Instrument Inc. <br> 1500 Meridian Road <br> Waterbury, CT 06705 | | | Consideration: Trade debt | | | | 11,187.60 |
| **ACCOUNT NO.** <br><br> HEC Inc. Hooray USA <br> 30961 W Agoura Road <br> Westlake Village, CA 91361 | | | Consideration: Trade debt | | | | 1,500.00 |
| **ACCOUNT NO.** <br><br> Henkel <br> 300 Brookside Avenue <br> Ambler, PA 19002 | | | Consideration: Trade debt | | | | 550.00 |

Sheet no. 12 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $ | 20,658.30

Total ▶  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-0361O - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  BOS Supply Chain Solutions (Summit), Inc.          ,        Case No.   10-
              Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Herber Aircraft Service<br>1401 East Franklin Avenue<br>El Segundo, CA 90245-4307 | | | Consideration: Trade debt | | | | 2,635.80 |
| ACCOUNT NO.<br>Hirel Connector<br>760 W. Wharton Drive<br>Claremont, CA 91711 | | | Consideration: Trade debt | | | | 16.30 |
| ACCOUNT NO.<br>Industrial and Commercial Bank of China<br>725 Fifth Avenue<br>20th Floor<br>New York, NY 10022 | | | Consideration: Trade debt | | | | 110.00 |
| ACCOUNT NO.<br>Industrial Electronic Hardware Corp.<br>140 58th Street<br>Suite 8E<br>Brooklyn, NY 11220 | | | Consideration: Trade debt | | | | 1,244.70 |
| ACCOUNT NO.<br>Inventory Locator Service<br>PO Box 415000<br>Lock Box 410048<br>Nashville, TN 37241-5000 | | | Consideration: Trade debt | | | | 246.29 |

Sheet no. 13 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $ 4,253.09

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  BOS Supply Chain Solutions (Summit), Inc.                   ,          Case No.  10-
_____                                    _____
          Debtor                                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>J&K Connector<br>1600 SW 43rd Street, #100<br>Renton, WA 98057 | | | Consideration: Trade debt | | | | 7,425.00 |
| **ACCOUNT NO.**<br><br>Just·In Time Electronics<br>PO Box 192<br>Easst Rockaway, NY 11518 | | | Consideration: Trade debt | | | | 1,431.86 |
| **ACCOUNT NO.**<br><br>Kearfott Guidance & Navigation<br>1150 McBride Avenue<br>Little Falls, NJ 07424 | | | Consideration: Trade debt | | | | 4,072.00 |
| **ACCOUNT NO.**<br><br>Kellstrom Tool<br>214 Church Street<br>Weathersfield, CT 06109 | | | Consideration: Trade debt | | | | 378.00 |
| **ACCOUNT NO.**<br><br>Kindel Machine and Tool<br>12718 Patricia Drive<br>North Royalton, OH 44133 | | | Consideration: Trade debt | | | | 200.00 |

Sheet no. __14__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 13,506.86

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-0X610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.              ,          Case No.  10-
_____                             _____
                    Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Konica Minolta 100 Wiliams Drive Ramsey, NJ 07446 | | | Consideration: Lease of copy machine | | | | Notice Only |
| ACCOUNT NO. Lectron Industries 1185 Morris Avenue Union, NJ 07083 | | | Consideration: Trade debt | | | | 257.45 |
| ACCOUNT NO. Loos Cableware Technology Div. 901 Industrial Blvd Naples, FL 34104 | | | Consideration: Trade debt | | | | 2,804.10 |
| ACCOUNT NO. Lou Severino 203 West Shore Avenue Bogota, NJ 07603 | | | Consideration: Trade debt | | | | 476.69 |
| ACCOUNT NO. Manning Electric 154 27th Street Brooklyn, NY 11232 | | | Consideration: Trade debt | | | | 615.90 |

Sheet no.  15  of  26  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 4,154.14 |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.           ,          Case No.   10-
                        Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>March Electronics, Inc.<br>25 Feldland Street<br>Bohemia, NY 11716 | | | Consideration: Trade debt | | | | 62.50 |
| ACCOUNT NO.<br><br>Marine Air Supply Co.<br>5330 Spectrum Drive<br>Frederick, MD 21703 | | | Consideration: Trade debt | | | | 1,395.00 |
| ACCOUNT NO.<br><br>Masline Electronics<br>511 S Cinton Avenue<br>Rochester, NY 14620 | | | Consideration: Trade debt | | | | 642.00 |
| ACCOUNT NO.<br><br>Mathews Associates<br>220 Power Court<br>Sanford, FL 32771 | | | Consideration: Trade debt | | | | 7,984.00 |
| ACCOUNT NO.<br><br>MCLI<br>c/o PVP Instrumentation<br>5 Joann Court<br>Randolph, NJ 07869 | | | Consideration: Trade debt | | | | 10,600.00 |

Sheet no.  16  of  26   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $     20,683.50

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-*03610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  BOS Supply Chain Solutions (Summit), Inc.            ,        Case No.   10-
                Debtor                                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MIBA Hydromechanica Corp. <br> 6625 Cobb Drive <br> Sterling Heights, MI 48312 | | | Consideration: Trade debt | | | | 3,829.00 |
| ACCOUNT NO. <br><br> Microstock, Inc. <br> PO Box 91 <br> West Point, PA 19486-0091 | | | Consideration: Trade debt | | | | 253.00 |
| ACCOUNT NO. <br><br> Mouser Electronics <br> 958 North Main Street <br> Mansfield, TX 76063 | | | Consideration: Trade debt | | | | 1,956.50 |
| ACCOUNT NO. <br><br> MSP Aviation <br> 239 West Grimes Lane <br> Bloomington, IN 47403 | | | Consideration: Trade debt | | | | 610.13 |
| ACCOUNT NO. <br><br> Murray Benjamin Electric Co. <br> 397 West Avenue <br> Stamford, CT 06902 | | | Consideration: Trade debt | | | | 682.00 |

Sheet no.  17  of  26  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 7,330.63

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.       ,        Case No.    10-
                  **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Nassor Electrical Supply Co. <br> 200 Moonachie Avenue <br> Moonachie, NJ 07074 | | | Consideration: Trade debt | | | | 7,921.31 |
| ACCOUNT NO. <br><br> Newark Electronics <br> 4801 N Ravenswood Avenue <br> Chicago, IL 60640 | | | Consideration: Trade debt | | | | 119.00 |
| ACCOUNT NO. <br><br> Nordam Transparency <br> P.O. Box 3365 <br> Tulsa, OK 74101 | | | Consideration: Trade debt | | | | 5,226.78 |
| ACCOUNT NO. <br><br> Norwich Aero Products <br> 50 O'Hara Drive <br> Norwich, NY 13815 | | | Consideration: Trade debt | | | | 1,873.69 |
| ACCOUNT NO. <br><br> OPTI Mfg <br> PO Box 559 <br> Luquillo, PR 00773 | | | Consideration: Trade debt | | | | 1,500.00 |

Sheet no. 18 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸ | $ | 16,640.78

Total ▸ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.7-754 - 30386-302Y-03640 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>   BOS Supply Chain Solutions (Summit), Inc.   </u>,         Case No. <u>   10-   </u>
      Debtor                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Panasonic Avionics Corp.<br>22333 29th Dr. SE<br>Bothell, WA 98021 | | | Consideration: Trade debt | | | | 13,459.96 |
| ACCOUNT NO.<br><br>Peerless Electronics Inc.<br>P.O. Box 9052<br>Bethpage, NY 11714-9052 | | | Consideration: Trade debt | | | | 24,747.70 |
| ACCOUNT NO.<br><br>PEI Genesis<br>2180 Hornig Road<br>Philadelphia, PA 19116-4289 | | | Consideration: Trade debt | | | | 18,105.95 |
| ACCOUNT NO.<br><br>Pitney Bowes, Inc.<br>1 Elmcroft Road<br>Stamford, CT 06926-0700 | | | Consideration: Lease of postage meter | | | | Notice Only |
| ACCOUNT NO.<br><br>PSE&G<br>PO Box 14105<br>New Brunswick, NJ 08906-4105 | | | Consideration: Trade debt | | | | 885.13 |

Sheet no. <u>19</u> of <u>26</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $    57,198.74

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.          ,          Case No.   10-
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. R&B Electronics 1520 Industrial Park Drive Sault Sainte Marie, MI 49783 | | | Consideration: Trade debt | | | | 334.75 |
| ACCOUNT NO. Rebling Plastics 150 Franklin Drive Warrington, PA 18976 | | | Consideration: Trade debt | | | | 16,611.00 |
| ACCOUNT NO. Remke 310 Chaddick Drive Wheeling, IL 60090 | | | Consideration: Trade debt | | | | 518.00 |
| ACCOUNT NO. Resco Electronics 4961 Mercantile Road Baltimore, MD 21236 | | | Consideration: Trade debt | | | | 113.90 |
| ACCOUNT NO. RSI, Inc. 1701 Dalshank Pflugerruile, TX 78660 | | | Consideration: Trade debt | | | | 1,874.35 |

Sheet no. 20 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   19,452.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    BOS Supply Chain Solutions (Summit), Inc.    ,    Case No.    10-
                    Debtor                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Santron Inc.<br>4 Newburyport Turnpike<br>Ipswich, MA 01938 | | | Consideration: Trade debt | | | | 278.14 |
| ACCOUNT NO.<br><br>Sea Wire and Cable<br>451 Lanier Road<br>Madison, AL 35758 | | | Consideration: Trade debt | | | | 4,116.30 |
| ACCOUNT NO.<br><br>Seal Dynamics<br>75 Burt Drive<br>Deer Park, NY 11729 | | | Consideration: Trade debt | | | | 2,749.20 |
| ACCOUNT NO.<br><br>Service Support<br>1365 Montclaire Way<br>Los Altos, CA 94020 | | | Consideration: Trade debt | | | | 3,851.00 |
| ACCOUNT NO.<br><br>Sound Powered Communications<br>PO Box 5569<br>Trenton, NJ 08638-0569 | | | Consideration: Trade debt | | | | 2,496.70 |

Sheet no. 21 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $    13,491.34

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    BOS Supply Chain Solutions (Summit), Inc.          ,        Case No.    10-
            **Debtor**                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Souriau<br>50 Grumbacher Road<br>York, PA 17402 | | | Consideration: Trade debt | | | | 10,025.00 |
| ACCOUNT NO.<br>Specialty Cable<br>2 Tower Drive<br>Wallingford, CT 06492 | | | Consideration: Trade debt | | | | 1,536.44 |
| ACCOUNT NO.<br>Specmat Technologies 215 Dunavant Drive<br>Rockford, TN 37853 | | | Consideration: Trade debt | | | | 338.70 |
| ACCOUNT NO.<br>Steinerfilm, Inc.<br>987 Simmonds Road<br>Williamstown, MA 01267-2197 | | | Consideration: Trade debt | | | | 9,813.72 |
| ACCOUNT NO.<br>Talley/AF Comm Supply<br>19935 W 157th Street<br>Olathe, KS 66062 | | | Consideration: Trade debt | | | | 115.84 |

Sheet no. 22 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $    21,829.70

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver  4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   BOS Supply Chain Solutions (Summit), Inc.                    ,        Case No.   10-
                                  Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Ted Manufacturing Corp. 11415 Johnson Drive PO Box 3099 Shawnee Mission, KS 66203 | | | Consideration: Trade debt | | | | 805.25 |
| ACCOUNT NO. TPS Aviation, Inc. 1515 Crocker Avenue Hayward, CA 94544-7038 | | | Consideration: Trade debt | | | | 1,002.00 |
| ACCOUNT NO. Transaero, Inc. 35 Melville Park Road Melville, NY 11747 | | | Consideration: Trade debt | | | | 2,135.34 |
| ACCOUNT NO. Tri-Star Electronics Intl. Inc. 2201 Rosecrans Avenue El Segundo, CA 90245 | | | Consideration: Trade debt | | | | 13,222.50 |
| ACCOUNT NO. TTI, Inc. P.O. Drawer 99111 Forth Worth, TX 76199-0111 | | | Consideration: Trade debt | | | | 33,086.17 |

Sheet no. 23 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 50,251.26

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-0610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  BOS Supply Chain Solutions (Summit), Inc.                ,     Case No.    10-
         Debtor                                                               (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tur-Bo Jet Products<br>5025 North Earle Avenue<br>Rosemead, CA 91770 | | | Consideration: Trade debt | | | | 28,364.34 |
| ACCOUNT NO.<br><br>Tyco Electronics<br>P.O. Box 8500 S-5275<br>Philadelphia, PA 19178 | | | Consideration: Trade debt | | | | 3,027.00 |
| ACCOUNT NO.<br><br>UPS / UPS SCS Atlanta<br>PO Box 533238<br>Atlanta, GA 30353-3238 | | | Consideration: Trade debt | | | | 476.90 |
| ACCOUNT NO.<br><br>UPS Supply Chain Solution Inc.<br>28013 Network Place<br>Chicago, IL 60673-1280 | | | Consideration: Trade debt | | | | 1.36 |
| ACCOUNT NO.<br><br>Versabar<br>33-41 Bergen Street<br>Paterson, NJ 07522-1897 | | | Consideration: Trade debt | | | | 151.20 |

Sheet no. 24 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   32,020.80

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  BOS Supply Chain Solutions (Summit), Inc.              ,        Case No.    10-
Debtor                                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. W and O Supply 950 Hendersen Blvd Folcroft, PA 19032 | | | Consideration: Trade debt | | | | 1,177.95 |
| ACCOUNT NO. Wardell Braiding Machine Co. 1211 High Street Central Falls, RI 02863 | | | Consideration: Trade debt | | | | 1,778.50 |
| ACCOUNT NO. Wesco Aircraft Electronics Products Group 3851 N. Webb Road Wichita, KS 67226 | | | Consideration: Trade debt | | | | 4,971.28 |
| ACCOUNT NO. Wilmar Corp. PO Box 88259 Tukwila, WA 98138 | | | Consideration: Trade debt | | | | 317.25 |
| ACCOUNT NO. Wire Masters Inc. 1788 Northpointe Road Columbia, TN 38401 | | | Consideration: Trade debt | | | | 825.00 |

Sheet no. 25 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 9,069.98
Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  BOS Supply Chain Solutions (Summit), Inc.             ,        Case No.   10-
                        Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| YRC (RDWY) PO Box 13573 Newark, NJ 07188-3573 | | | | | | | 354.30 |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |

Sheet no.  26  of  26  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ▶ | $ | 354.30 |
| Total ▶ | $ | 2,110,236.77 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-N0Y-03610 - Adobe PDF

B6G (Official Form 6G) (12/07)

In re  BOS Supply Chain Solutions (Summit), Inc.                    Case No.    10-
_____                                    _____
              Debtor                                                                 (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Fred Levi<br>466 Royal Palm Way<br>Boca Raton, FL 33432 | Lease of facilities located at 1008 Teaneck Road, Teaneck, NJ 07666<br><br>Lease on nonresidential real property |
| Konica Minolta<br>100 Wiliams Drive<br>Ramsey, NJ 07446 | Lease of copy machine |
| Pitney Bowes, Inc.<br>1 Elmcroft Road<br>Stamford, CT 06926-0700 | Lease of postage meter |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-30ZY-03610 - Adobe PDF

**B6H (Official Form 6H) (12/07)**

In re   BOS Supply Chain Solutions (Summit), Inc.                   Case No.   10-
                       Debtor                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BOS Supply Chain Solutions (Lynk) Inc.<br>1008 Teaneck Road<br>Teaneck, NJ 07666 | JP Morgan Chase Bank, N.A.<br>Attn: Michael A. Fondacaro<br>NY1-K425<br>270 Park Avenue, 45th Floor<br>New York, NY 10017-2014 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B6 (Official Form 6 - Declaration) (12/07)

In re    BOS Supply Chain Solutions (Summit), Inc.              Case No.   10-

                Debtor                                                             (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____              Signature: _____

                                                           Debtor:

Date _____              Signature: _____

                                                        (Joint Debtor, if any)

                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

     I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____           _____
Printed or Typed Name and Title, if any,                 Social Security No.
of Bankruptcy Petition Preparer                      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address
X _____          _____
       Signature of Bankruptcy Petition Preparer                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the   Director  _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the BOS Supply Chain Solutions (Summit), Inc. [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _43_ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ November 23, 2010 _____        Signature: _____ /s/ Eyal Cohen _____

                                                   EYAL COHEN
                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re  BOS Supply Chain Solutions (Summit), Inc. _____         Case No. 10-_____

                                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|      | AMOUNT     |                     | SOURCE |                      |
|------|------------|---------------------|--------|----------------------|
| 2010 | 8,070,838  | Business operations |        | FY: 1/1/10 to Present |
| 2009 | 8,614,516  | Business operations |        | FY: 1/1/09 to 12/31/09 |
| 2008 | 17,088,135 | Business operations |        | FY: 1/1/08 to 12/31/08 |

**2.    Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

**3. Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See Attached Rider

In Re: BOS Supply Chain Solutions (Summit), Inc.

RIDER
Statement of Financial Affairs
3(b)

Date: 11/23/2010 4:51:52 AM
User: AMIT

[1] Summit Aviation Supply

Page: 1

# All Accounts Payable

Check Date : Between "8/1/2010" And "11/23/2010"

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| Bank ID: 1 | Base Currency : USD | | | | | | | | |
| 117008443 | 1 | 006362 | Check | Posted(GL) | 8/2/2010 | ELECTRO ENTERPRISES, INC. | 0.00 | 902.40 | 902.40 |
| 117008443 | 1 | 006363 | Check | Posted(GL) | 8/2/2010 | LA SALLE ELECTRIC SUPPLY | 0.00 | 589.00 | 589.00 |
| 117008443 | 1 | 006364 | Check | Posted(GL) | 8/2/2010 | HORIZON BLUE CROSS BLUE SHIELD OF NJ | 0.00 | 14,660.53 | 14,660.53 |
| 117008443 | 1 | 006365 | Check | Posted(GL) | 8/2/2010 | FRED LEVI | 0.00 | 4,600.00 | 4,600.00 |
| 117008443 | 1 | 006366 | Check | Posted(GL) | 8/3/2010 | PAN PACIFIC ELECTRONICS | 0.00 | 3,173.92 | 3,173.92 |
| 117008443 | 1 | 006367 | Check | Posted(GL) | 8/3/2010 | ELECTRO ENTERPRISES, INC. | 0.00 | 218.46 | 218.46 |
| 117008443 | 1 | 006368 | Check | Posted(GL) | 8/4/2010 | ELECTRO ENTERPRISES, INC. | 0.00 | 3,076.75 | 3,076.75 |
| 117008443 | 1 | 006369 | Check | Posted(GL) | 8/4/2010 | ELECTRO ENTERPRISES, INC. | 0.00 | 60.50 | 60.50 |
| 117008443 | 1 | 006370 | Check | Posted(GL) | 8/10/2010 | ELECTRO ENTERPRISES, INC. | 0.00 | 894.94 | 894.94 |
| 117008443 | 1 | 006371 | Check | Posted(GL) | 8/10/2010 | ELECTRO ENTERPRISES, INC. | 0.00 | 1,837.05 | 1,837.05 |
| 117008443 | 1 | 006372 | Check | Posted(GL) | 8/10/2010 | INTERSTATE WASTE SERVICES | 0.00 | 262.57 | 262.57 |
| 117008443 | 1 | 006373 | Check | Posted(GL) | 8/10/2010 | CERIDIAN | 0.00 | 211.99 | 211.99 |
| 117008443 | 1 | 006374 | Check | Posted(GL) | 8/10/2010 | CABLEVISION | 0.00 | 69.90 | 69.90 |
| 117008443 | 1 | 006375 | Check | Posted(GL) | 8/10/2010 | TIME WARNER CABLE-BERGEN | 0.00 | 59.95 | 59.95 |
| 117008443 | 1 | 006376 | Check | Posted(GL) | 8/10/2010 | STATE OF NEW JERSEY | 0.00 | 364.44 | 364.44 |
| 117008443 | 1 | 006377 | Check | Posted(GL) | 8/10/2010 | COUNTY WINDOW CLEANING CO. | 0.00 | 80.25 | 80.25 |
| 117008443 | 1 | 000248 | Wire Trans | Posted(GL) | 8/11/2010 | DRI RELAYS, INC. | 0.00 | 62,071.24 | 62,071.24 |
| 117008443 | 1 | 006378 | Check | Posted(GL) | 8/11/2010 | RES-NET MICROWAVE INC | 0.00 | 399.00 | 399.00 |
| 117008443 | 1 | 006379 | Check | Posted(GL) | 8/11/2010 | DAYTON GRANGER | 0.00 | 732.00 | 732.00 |
| 117008443 | 1 | 006380 | Check | Posted(GL) | 8/11/2010 | THOMAS AND BETTS | 0.00 | 2,775.37 | 2,775.37 |
| 117008443 | 1 | 006381 | Check | Posted(GL) | 8/11/2010 | THOMAS & BETTS CORP | 0.00 | 2,013.60 | 2,013.60 |
| 117008443 | 1 | 006382 | Check | Posted(GL) | 8/11/2010 | DANIELS MANUFACTURING | 0.00 | 79.50 | 79.50 |
| 117008443 | 1 | 006383 | Check | Posted(GL) | 8/11/2010 | COOPER TOOLS | 0.00 | 248.04 | 248.04 |
| 117008443 | 1 | 006384 | Check | Posted(GL) | 8/11/2010 | LSI COMPUTER SYSTEMS | 0.00 | 1,380.00 | 1,380.00 |
| 117008443 | 1 | 006385 | Check | Posted(GL) | 8/11/2010 | PEERLESS ELECTRONICS INC. | 0.00 | 1,413.46 | 1,413.46 |
| 117008443 | 1 | 006386 | Check | Posted(GL) | 8/12/2010 | AMPHENOL CORPORATION | 0.00 | 10,939.46 | 10,939.46 |
| 117008443 | 1 | 006387 | Check | Posted(GL) | 8/12/2010 | TTI, INC | 0.00 | 4,144.88 | 4,144.88 |
| 117008443 | 1 | 006388 | Check | Posted(GL) | 8/12/2010 | ELECTRO ENTERPRISES, INC. | 0.00 | 146.25 | 146.25 |

[*]- Voided

Date: 11/23/2010 4:51:52 AM
User: AMIT

[1]  Summit Aviation Supply

Page: 2

# All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006389 | Check | Posted(GL) | 8/12/2010 | DAYTON GRANGER | 0.00 | 1,701.50 | 1,701.50 |
| 117008443 | 1 | 006390 | Check | Posted(GL) | 8/16/2010 | HIREL CONNECTOR | 0.00 | 1,260.60 | 1,260.60 |
| 117008443 | 1 | 006391 | Check | Posted(GL) | 8/16/2010 | DAVID SMITH | 0.00 | 784.87 | 784.87 |
| 117008443 | 1 | 006392 | Check | Posted(GL) | 8/16/2010 | DAVID SMITH | 0.00 | 112.93 | 112.93 |
| 117008443 | 1 | 006393 | Check | Posted(GL) | 8/16/2010 | AVIALL | 0.00 | 9,632.00 | 9,632.00 |
| 117008443 | 1 | 006394 | Check | Posted(GL) | 8/16/2010 | SUN AVIATION INC. (AEA) | 0.00 | 5,166.00 | 5,166.00 |
| 117008443 | 1 | 006395 | Check | Posted(GL) | 8/16/2010 | CARLETON LIFE SUPPORT SYSTEMS | 0.00 | 2,395.00 | 2,395.00 |
| 117008443 | 1 | 006396 | Check | Posted(GL) | 8/16/2010 | UNITED WATER NEW JERSEY | 0.00 | 171.54 | 171.54 |
| 117008443 | 1 | 006397 | Check | Posted(GL) | 8/16/2010 | KONICA MINOLTA BUSINESS SOLUTIONS,US | 0.00 | 372.66 | 372.66 |
| 117008443 | 1 | 006398 | Check | Posted(GL) | 8/16/2010 | CORDIA COMMUNICATIONS | 0.00 | 983.22 | 983.22 |
| 117008443 | 1 | 006399 | Check | Posted(GL) | 8/16/2010 | AT&T MOBILITY | 0.00 | 10.54 | 10.54 |
| 117008443 | 1 | 006400 | Check | Posted(GL) | 8/16/2010 | PAUL COOPERMAN | 0.00 | 135.00 | 135.00 |
| 117008443 | 1 | 006401 | Check | Posted(GL) | 8/16/2010 | FMI INSURANCE COMPANY | 0.00 | 795.51 | 795.51 |
| 117008443 | 1 | 006402 | Check | Posted(GL) | 8/16/2010 | UPS | 0.00 | 1,692.69 | 1,692.69 |
| 117008443 | 1 | 006403 | Check | Posted(GL) | 8/16/2010 | FEDERAL EXPRESS | 0.00 | 1,444.58 | 1,444.58 |
| 117008443 | 1 | 006404 | Check | Posted(GL) | 8/16/2010 | PERRY JOHNSON REGISTRARS,INC. | 0.00 | 1,750.00 | 1,750.00 |
| 117008443 | 1 | 006405 | Check | Posted(GL) | 8/16/2010 | ARIK ESHEL, CPA & ASSOC., P.C. | 0.00 | 1,500.00 | 1,500.00 |
| 117008443 | 1 | 006406 | Check | Posted(GL) | 8/16/2010 | COUNTRY GREEN LANDSCAPE,INC. | 0.00 | 150.87 | 150.87 |
| 117008443 | 1 | 006407 | Check | Posted(GL) | 8/16/2010 | STATE ELECTRONICS | 0.00 | 5,300.00 | 5,300.00 |
| 117008443 | 1 | 006408 | Check | Posted(GL) | 8/17/2010 | NASSOR ELECTRICAL SUPPLY CO. | 0.00 | 721.81 | 721.81 |
| 117008443 | 1 | 006409 | Check | Posted(GL) | 8/17/2010 | ELECTRO ENTERPRISES, INC. | 0.00 | 5,290.00 | 5,290.00 |
| 117008443 | 1 | 006410 | Check | Posted(GL) | 8/18/2010 | JB & A | 0.00 | 25.35 | 25.35 |
| 117008443 | 1 | 006412 | Check | Posted(GL) | 8/18/2010 | ROSEMOUNT AEROSPACE INC | 0.00 | 6,000.00 | 6,000.00 |
| 117008443 | 1 | 006413 | Check | Posted(GL) | 8/18/2010 | BASIC RUBBER AND PLASTIC CO. | 0.00 | 2,840.00 | 2,840.00 |
| 117008443 | 1 | 006414 | Check | Posted(GL) | 8/18/2010 | AZEGO USA,INC. | 0.00 | 5,880.00 | 5,880.00 |
| 117008443 | 1 | 006415 | Check | Posted(GL) | 8/18/2010 | WAMCO, INC. | 0.00 | 4,200.00 | 4,200.00 |
| 117008443 | 1 | 006416 | Check | Posted(GL) | 8/18/2010 | STATE ELECTRONICS | 0.00 | 658.75 | 658.75 |
| 117008443 | 1 | 006417 | Check | Posted(GL) | 8/18/2010 | PATTEN INDUSTRIES INC. | 0.00 | 1,307.80 | 1,307.80 |
| 117008443 | 1 | 006418 | Check | Posted(GL) | 8/18/2010 | POWELL ELECTRONICS | 0.00 | 7,293.74 | 7,293.74 |
| 117008443 | 1 | 006419 | Check | Posted(GL) | 8/18/2010 | GLENAIR | 0.00 | 15,076.49 | 15,076.49 |
| 117008443 | 1 | 006420 | Check | Posted(GL) | 8/18/2010 | AVIO-DIEPEN INC. | 0.00 | 20,999.26 | 20,999.26 |

[*] Voided

Date: 11/23/2010 4:51:52 AM
User: AMIT

Page: 3

[1]  Summit Aviation Supply

# All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006421 | Check | Posted(GL) | 8/18/2010 | DUKES INC | 0.00 | 11,475.00 | 11,475.00 |
| 117008443 | 1 | 006422 | Check | Posted(GL) | 8/18/2010 | REBLING PLASTICS | 0.00 | 12,121.50 | 12,121.50 |
| 117008443 | 1 | 006423 | Check | Posted(GL) | 8/18/2010 | DENELEX | 0.00 | 6,490.70 | 6,490.70 |
| 117008443 | 1 | 006424 | Check | Posted(GL) | 8/18/2010 | CPN ELECTRONICS | 0.00 | 7,354.59 | 7,354.59 |
| 117008443 | 1 | 006425 | Check | Posted(GL) | 8/18/2010 | ASTREX ELECTRONICS,INC. | 0.00 | 5,345.70 | 5,345.70 |
| 117008443 | 1 | 006426 | Check | Posted(GL) | 8/18/2010 | PEI GENESIS | 0.00 | 3,574.03 | 3,574.03 |
| 117008443 | 1 | 006427 | Check | Posted(GL) | 8/19/2010 | REID SUPPLY COMPANY | 0.00 | 1,000.00 | 1,000.00 |
| 117008443 | 1 | 006428 | Check | Posted(GL) | 8/19/2010 | A.J LEVIN | 0.00 | 1,000.00 | 1,000.00 |
| 117008443 | 1 | 006429 | Check | Posted(GL) | 8/19/2010 | ELECTRO ENTERPRISES, INC. | 0.00 | 2,075.25 | 2,075.25 |
| 117008443 | 1 | 006430 | Check | Posted(GL) | 8/19/2010 | LA SALLE ELECTRIC SUPPLY | 0.00 | 984.00 | 984.00 |
| 117008443 | 1 | 006431 | Check | Posted(GL) | 8/19/2010 | SEA WIRE AND CABLE | 0.00 | 2,058.15 | 2,058.15 |
| 117008443 | 1 | 000249 | Wire Trans | Posted(GL) | 8/19/2010 | GLENAIR INTERNATIONAL LTD | 0.00 | 1,562.50 | 1,562.50 |
| 117008443 | 1 | 006432 | Check | Posted(GL) | 8/19/2010 | TRI-STAR ELECTRONICS INTL INC | 0.00 | 6,222.50 | 6,222.50 |
| 117008443 | 1 | 006433 | Check | Posted(GL) | 8/19/2010 | WESCO AIRCRAFT HARDWARE CORP. | 0.00 | 3,655.05 | 3,655.05 |
| 117008443 | 1 | 006434 | Check | Posted(GL) | 8/19/2010 | X-4 TOOL | 0.00 | 8,094.16 | 8,094.16 |
| 117008443 | 1 | 006435 | Check | Posted(GL) | 8/19/2010 | TTI, INC | 0.00 | 3,826.95 | 3,826.95 |
| 117008443 | 1 | 006436 | Check | Posted(GL) | 8/19/2010 | AMPHENOL CORPORATION | 0.00 | 9,775.56 | 9,775.56 |
| 117008443 | 1 | 006437 | Check | Posted(GL) | 8/19/2010 | PEERLESS ELECTRONICS INC. | 0.00 | 1,125.80 | 1,125.80 |
| 117008443 | 1 | 006438 | Check | Posted(GL) | 8/19/2010 | ITT CORP ICS- SANTA-ANA | 0.00 | 3,323.00 | 3,323.00 |
| 117008443 | 1 | 006439 | Check | Posted(GL) | 8/19/2010 | OMEGA WIRE,INC. | 0.00 | 18,095.80 | 18,095.80 |
| 117008443 | 1 | 006440 | Check | Posted(GL) | 8/19/2010 | EMERSON NETWORK POWER | 0.00 | 6,437.75 | 6,437.75 |
| 117008443 | 1 | 006441 | Check | Posted(GL) | 8/19/2010 | ACCESSORIES FOR ELECTRONICS, INC. | 0.00 | 891.00 | 891.00 |
| 117008443 | 1 | 006442 | Check | Posted(GL) | 8/19/2010 | WALDOM ELECTRONICS | 0.00 | 146.30 | 146.30 |
| 117008443 | 1 | 006443 | Check | Posted(GL) | 8/19/2010 | SOUTHEAST AEROSPACE INC. | 0.00 | 10,360.00 | 10,360.00 |
| 117008443 | 1 | 006444 | Check | Posted(GL) | 8/19/2010 | MID CONTINENT INSTRUMENT | 0.00 | 14,640.00 | 14,640.00 |
| 117008443 | 1 | 006445 | Check | Posted(GL) | 8/19/2010 | HIREL CONNECTOR | 0.00 | 7,113.59 | 7,113.59 |
| 117008443 | 1 | 006446 | Check | Posted(GL) | 8/19/2010 | FEDERAL EXPRESS | 0.00 | 1,153.94 | 1,153.94 |
| 117008443 | 1 | 006447 | Check | Posted(GL) | 8/19/2010 | R.N. BLAKE | 0.00 | 949.45 | 949.45 |
| 117008443 | 1 | 006448 | Check | Posted(GL) | 8/19/2010 | UPS | 0.00 | 1,519.34 | 1,519.34 |
| 117008443 | 1 | 006449 | Check | Posted(GL) | 8/19/2010 | UPS SUPPLY CHAIN SOLUTION,INC. | 0.00 | 617.67 | 617.67 |
| 117008443 | 1 | 006450 | Check | Posted(GL) | 8/19/2010 | YRC (RDWY) | 0.00 | 553.62 | 553.62 |

[*]: Voided

Date: 11/23/2010 4:51:52 AM
User: AMIT

[1]  Summit Aviation Supply

Page: 4

# All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006451 | Check | Posted(GL) | 8/19/2010 | NEW CENTURY TRANSPORTATION,INC. | 0.00 | 89.25 | 89.25 |
| 117008443 | 1 | 006452 | Check | Posted(GL) | 8/19/2010 | GEODIS WILSON USA,INC. | 0.00 | 333.86 | 333.86 |
| 117008443 | 1 | 006453 | Check | Posted(GL) | 8/19/2010 | FALCON SUPPLY | 0.00 | 92.66 | 92.66 |
| 117008443 | 1 | 006454 | Check | Posted(GL) | 8/19/2010 | INVENTORY LOCATOR SERVICE | 0.00 | 246.32 | 246.32 |
| 117008443 | 1 | 006455 | Check | Posted(GL) | 8/19/2010 | THE PROACTIVE TECHNOLOGY GROUP | 0.00 | 600.00 | 600.00 |
| 117008443 | 1 | 006456 | Check | Posted(GL) | 8/19/2010 | PHOENIX LOGISTICS INC. | 0.00 | 1,343.10 | 1,343.10 |
| 117008443 | 1 | 006457 | Check | Posted(GL) | 8/19/2010 | ALVATEK ELECTRONICS | 0.00 | 3,714.55 | 3,714.55 |
| 117008443 | 1 | 006458 | Check | Posted(GL) | 8/19/2010 | SCI TECHNOLOGY, INC. | 0.00 | 38,319.00 | 38,319.00 |
| 117008443 | 1 | 006459 | Check | Posted(GL) | 8/20/2010 | OPTIMFG | 0.00 | 2,250.00 | 2,250.00 |
| 117008443 | 1 | 006460 | Check | Posted(GL) | 8/20/2010 | MARK ELECTRONICS | 0.00 | 4,650.00 | 4,650.00 |
| 117008443 | 1 | 000250 | Wire Trans | Posted(GL) | 8/20/2010 | SARGENT FLETCHER,INC. | 0.00 | 32,455.43 | 32,455.43 |
| 117008443 | 1 | 006461 | Check | Posted(GL) | 8/20/2010 | SAINT-GOBAIN ABRASIVES,INC. | 0.00 | 627.00 | 627.00 |
| 117008443 | 1 | 006462 | Check | Posted(GL) | 8/20/2010 | FUTURE ELECTRONICS | 0.00 | 3,642.00 | 3,642.00 |
| 117008443 | 1 | 006463 | Check | Posted(GL) | 8/20/2010 | R & B ELECTRONICS | 0.00 | 1,771.20 | 1,771.20 |
| 117008443 | 1 | 006464 | Check | Posted(GL) | 8/20/2010 | ELITE SEMICONDUCTOR | 0.00 | 1,328.23 | 1,328.23 |
| 117008443 | 1 | 006465 | Check | Posted(GL) | 8/20/2010 | EASTERN AERO MARINE | 0.00 | 928.00 | 928.00 |
| 117008443 | 1 | 006466 | Check | Posted(GL) | 8/20/2010 | AIR COST CONTROL USA LLC | 0.00 | 418.00 | 418.00 |
| 117008443 | 1 | 006467 | Check | Posted(GL) | 8/20/2010 | ENM COMPANY | 0.00 | 2,480.00 | 2,480.00 |
| 117008443 | 1 | 006469 | Check | Posted(GL) | 8/20/2010 | GOODWIN ROBBINS PACKAGING CO | 0.00 | 729.60 | 729.60 |
| 117008443 | 1 | 006470 | Check | Posted(GL) | 8/20/2010 | ACCURATE SCREW MACHINE CORP. | 0.00 | 505.25 | 505.25 |
| 117008443 | 1 | 006471 | Check | Posted(GL) | 8/20/2010 | LA SALLE ELECTRIC SUPPLY | 0.00 | 189.05 | 189.05 |
| 117008443 | 1 | 006472 | Check | Posted(GL) | 8/20/2010 | AQUA MEASURE INSTRUM | 0.00 | 1,512.00 | 1,512.00 |
| 117008443 | 1 | 006473 | Check | Posted(GL) | 8/20/2010 | ELECTRONIC EXPEDITERS | 0.00 | 773.20 | 773.20 |
| 117008443 | 1 | 006474 | Check | Posted(GL) | 8/20/2010 | DOVE ELECTRONIC COMPONENTS INC | 0.00 | 432.06 | 432.06 |
| 117008443 | 1 | 006475 | Check | Posted(GL) | 8/20/2010 | DIXIE AEROSPACE | 0.00 | 960.00 | 960.00 |
| 117008443 | 1 | 006476 | Check | Posted(GL) | 8/20/2010 | DIGI-KEY CORPORATION | 0.00 | 158.20 | 158.20 |
| 117008443 | 1 | 006477 | Check | Posted(GL) | 8/20/2010 | AMPHENOL RF/MICROWAVE | 0.00 | 3,165.10 | 3,165.10 |
| 117008443 | 1 | 006478 | Check | Posted(GL) | 8/20/2010 | AMPHENOL PCD | 0.00 | 3,314.00 | 3,314.00 |
| 117008443 | 1 | 006479 | Check | Posted(GL) | 8/20/2010 | NEW YORKER ELECTRONICS CO INC | 0.00 | 86.40 | 86.40 |
| 117008443 | 1 | 006480 | Check | Posted(GL) | 8/20/2010 | AMPHENOL AIR LB NORTH AMERICA INC | 0.00 | 617.50 | 617.50 |
| 117008443 | 1 | 006481 | Check | Posted(GL) | 8/20/2010 | AMPHENOL PCD,INC. | 0.00 | 988.00 | 988.00 |

[*] - Voided

Date: 11/23/2010 4:51:52 AM
User: AMIT

[1]  Summit Aviation Supply

Page: 5

# All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006482 | Check | Posted(GL) | 8/20/2010 | EASTERN CAROLINA VOC.CTR.INC. | 0.00 | 892.50 | 892.50 |
| 117008443 | 1 | 006483 | Check | Posted(GL) | 8/20/2010 | SYNCHROTECH | 0.00 | 680.00 | 680.00 |
| 117008443 | 1 | 006484 | Check | Posted(GL) | 8/20/2010 | SOUND POWERED COMMUNICATIONS | 0.00 | 2,131.17 | 2,131.17 |
| 117008443 | 1 | 006485 | Check | Posted(GL) | 8/20/2010 | AERO QUALITY | 0.00 | 7,692.80 | 7,692.80 |
| 117008443 | 1 | 006486 | Check | Posted(GL) | 8/20/2010 | BEI INDUSTRIAL ENCODERS | 0.00 | 431.00 | 431.00 |
| 117008443 | 1 | 006487 | Check | Posted(GL) | 8/20/2010 | BARNHART SALES COMPANY | 0.00 | 1,538.80 | 1,538.80 |
| 117008443 | 1 | 006488 | Check | Posted(GL) | 8/20/2010 | WESTERN LINK | 0.00 | 170.00 | 170.00 |
| 117008443 | 1 | 006489 | Check | Posted(GL) | 8/20/2010 | RELAY SPECIALTIES, INC. | 0.00 | 155.00 | 155.00 |
| 117008443 | 1 | 006490 | Check | Posted(GL) | 8/20/2010 | NEWARK ELECTRONICS | 0.00 | 119.00 | 119.00 |
| 117008443 | 1 | 006491 | Check | Posted(GL) | 8/20/2010 | TED MANUFACTURING CORP. | 0.00 | 625.92 | 625.92 |
| 117008443 | 1 | 006492 | Check | Posted(GL) | 8/20/2010 | NTE ELECTRONICS, INC. | 0.00 | 692.79 | 692.79 |
| 117008443 | 1 | 006493 | Check | Posted(GL) | 8/20/2010 | AIRPATH INSTRUMENT CO. INC. | 0.00 | 2,224.60 | 2,224.60 |
| 117008443 | 1 | 006495 | Check | Posted(GL) | 8/20/2010 | STOCK DRIVE PRODUCTS | 0.00 | 83.20 | 83.20 |
| 117008443 | 1 | 006496 | Check | Posted(GL) | 8/20/2010 | BULLET HOLE | 0.00 | 1,275.00 | 1,275.00 |
| 117008443 | 1 | 006497 | Check | Posted(GL) | 8/20/2010 | ANILLO | 0.00 | 52.00 | 52.00 |
| 117008443 | 1 | 006498 | Check | Posted(GL) | 8/20/2010 | HOFFMAN ENGINEERING CORP. | 0.00 | 5,062.50 | 5,062.50 |
| 117008443 | 1 | 006499 | Check | Posted(GL) | 8/20/2010 | ITUNER NETWORKS CORPORATION | 0.00 | 399.75 | 399.75 |
| 117008443 | 1 | 006500 | Check | Posted(GL) | 8/20/2010 | LEE SPRING COMPANY | 0.00 | 79.60 | 79.60 |
| 117008443 | 1 | 006502 | Check | Posted(GL) | 8/20/2010 | MAG INSTRUMENT, INC | 0.00 | 328.56 | 328.56 |
| 117008443 | 1 | 006503 | Check | Posted(GL) | 8/20/2010 | SECTION XV | 0.00 | 770.00 | 770.00 |
| 117008443 | 1 | 006504 | Check | Posted(GL) | 8/20/2010 | UNITRACK INDUSTRIES INC | 0.00 | 808.80 | 808.80 |
| 117008443 | 1 | 006505 | Check | Posted(GL) | 8/20/2010 | TALLEY/AF COMM SUPPLY | 0.00 | 76.30 | 76.30 |
| 117008443 | 1 | 006506 | Check | Posted(GL) | 8/20/2010 | STOLBERGER INC. DBA WARDWELL BRAIDIN | 0.00 | 973.50 | 973.50 |
| 117008443 | 1 | 006507 | Check | Posted(GL) | 8/20/2010 | HUTCHINSON INDUSTRIES | 0.00 | 3,065.06 | 3,065.06 |
| 117008443 | 1 | 006508 | Check | Posted(GL) | 8/20/2010 | G T B CASES CORPORATION | 0.00 | 47.05 | 47.05 |
| 117008443 | 1 | 006509 | Check | Posted(GL) | 8/20/2010 | ASTONICS | 0.00 | 210.21 | 210.21 |
| 117008443 | 1 | 006510 | Check | Posted(GL) | 8/20/2010 | CIRCULAR CONNECTOR | 0.00 | 231.40 | 231.40 |
| 117008443 | 1 | 006511 | Check | Posted(GL) | 8/20/2010 | DME ELECTRONICS | 0.00 | 457.20 | 457.20 |
| 117008443 | 1 | 006512 | Check | Posted(GL) | 8/20/2010 | FUSES UNLIMITED | 0.00 | 53.75 | 53.75 |
| 117008443 | 1 | 006513 | Check | Posted(GL) | 8/20/2010 | JUST IN TIME ELECTRONICS | 0.00 | 210.00 | 210.00 |
| 117008443 | 1 | 006514 | Check | Posted(GL) | 8/20/2010 | LECTRON INDUSTRIES | 0.00 | 528.45 | 528.45 |

[*]_Voided

Date: 11/23/2010 4:51:53 AM
User: AMIT

Page: 6

[1]  Summit Aviation Supply

# All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006515 | Check | Posted(GL) | 8/20/2010 | OKW ELECTRONICS INC. | 0.00 | 55.80 | 55.80 |
| 117008443 | 1 | 006516 | Check | Posted(GL) | 8/20/2010 | POSITRONIC INDUSTRIES INC | 0.00 | 94.55 | 94.55 |
| 117008443 | 1 | 006517 | Check | Posted(GL) | 8/20/2010 | RIEKER INSTRUMENTS CO., INC. | 0.00 | 77.15 | 77.15 |
| 117008443 | 1 | 006518 | Check | Posted(GL) | 8/20/2010 | UNIVERSAL SEMI-CONDUCTOR, INC. | 0.00 | 1,177.50 | 1,177.50 |
| 117008443 | 1 | 006519 | Check | Posted(GL) | 8/20/2010 | DIT-MCO INTERNATIONAL CORP | 0.00 | 4,206.00 | 4,206.00 |
| 117008443 | 1 | 006520 | Check | Posted(GL) | 8/20/2010 | INDUSTRIAL TECTONICS INC. | 0.00 | 2,140.80 | 2,140.80 |
| 117008443 | 1 | 006521 | Check | Posted(GL) | 8/20/2010 | ARROW ADVANTAGE | 0.00 | 2,855.98 | 2,855.98 |
| 117008443 | 1 | 006522 | Check | Posted(GL) | 8/20/2010 | BERGEN CABLE TECHNOLOGY | 0.00 | 20,000.00 | 20,000.00 |
| 117008443 | 1 | 006523 | Check | Posted(GL) | 8/20/2010 | AVIO-DIEPEN INC. | 0.00 | 3,257.74 | 3,257.74 |
| 117008443 | 1 | 006524 | Check | Posted(GL) | 8/20/2010 | AMPHENOL CANADA CORP | 0.00 | 2,000.00 | 2,000.00 |
| 117008443 | 1 | 006525 | Check | Posted(GL) | 8/20/2010 | AFP INDUSTRIES INC. | 0.00 | 5,889.63 | 5,889.63 |
| 117008443 | 1 | 006526 | Check | Posted(GL) | 8/20/2010 | TRANSICOIL LLC,DBA ADS/TRANSICOIL | 0.00 | 450.00 | 450.00 |
| 117008443 | 1 | 006527 | Check | Posted(GL) | 8/20/2010 | API | 0.00 | 1,000.00 | 1,000.00 |
| 117008443 | 1 | 006528 | Check | Posted(GL) | 8/20/2010 | ALLIED ELECTRONICS | 0.00 | 450.05 | 450.05 |
| 117008443 | 1 | 006529 | Check | Posted(GL) | 8/20/2010 | THE NORDAM GROUP INC. | 0.00 | 1,000.00 | 1,000.00 |
| 117008443 | 1 | 006530 | Check | Posted(GL) | 8/20/2010 | SERVICE SUPPORT | 0.00 | 1,000.00 | 1,000.00 |
| 117008443 | 1 | 006531 | Check | Posted(GL) | 8/20/2010 | TURBO-JET SPARES | 0.00 | 1,950.00 | 1,950.00 |
| 117008443 | 1 | 006532 | Check | Posted(GL) | 8/20/2010 | TUR-BO JET PRODUCTS | 0.00 | 1,654.37 | 1,654.37 |
| 117008443 | 1 | 006533 | Check | Posted(GL) | 8/20/2010 | THERMTROL CORPORATION | 0.00 | 371.97 | 371.97 |
| 117008443 | 1 | 006534 | Check | Posted(GL) | 8/20/2010 | BPG INC. | 0.00 | 4,351.93 | 4,351.93 |
| 117008443 | 1 | 006535 | Check | Posted(GL) | 8/20/2010 | SOURIAU | 0.00 | 2,506.25 | 2,506.25 |
| 117008443 | 1 | 006536 | Check | Posted(GL) | 8/20/2010 | REPRO MED SYSTEMS | 0.00 | 185.06 | 185.06 |
| 117008443 | 1 | 006537 | Check | Posted(GL) | 8/20/2010 | PAN PACIFIC ELECTRONICS | 0.00 | 331.31 | 331.31 |
| 117008443 | 1 | 006538 | Check | Posted(GL) | 8/20/2010 | MANNING ELECTRIC | 0.00 | 307.95 | 307.95 |
| 117008443 | 1 | 006539 | Check | Posted(GL) | 8/20/2010 | INDUSTRIAL ELECTRONIC HARDWARE COR | 0.00 | 622.35 | 622.35 |
| 117008443 | 1 | 006540 | Check | Posted(GL) | 8/20/2010 | DBR INDUSTRIES | 0.00 | 397.23 | 397.23 |
| 117008443 | 1 | 006541 | Check | Posted(GL) | 8/20/2010 | ARVAN | 0.00 | 736.39 | 736.39 |
| 117008443 | 1 | 006542 | Check | Posted(GL) | 8/20/2010 | ACTRONICS INC | 0.00 | 2,000.00 | 2,000.00 |
| 117008443 | 1 | 006543 | Check | Posted(GL) | 8/20/2010 | MURRAY BENJAMIN ELECTRIC CO. | 0.00 | 500.00 | 500.00 |
| 117008443 | 1 | 006544 | Check | Posted(GL) | 8/20/2010 | TYCO ELECTRONICS | 0.00 | 3,062.44 | 3,062.44 |
| 117008443 | 1 | 006545 | Check | Posted(GL) | 8/20/2010 | AAR DISTRIBUTION | 0.00 | 1,642.42 | 1,642.42 |

[*] -Voided

Date: 11/23/2010 4:51:53 AM
User: AMIT

[1]  Summit Aviation Supply

# All Accounts Payable

Page: 7

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006546 | Check | Posted(GL) | 8/20/2010 | DEUTSCH ECD HERMETIC PRODUCTS OPER | 0.00 | 3,275.98 | 3,275.98 |
| 117008443 | 1 | 006547 | Check | Posted(GL) | 8/20/2010 | WINGS ELECTRO SALES | 0.00 | 834.76 | 834.76 |
| 117008443 | 1 | 006548 | Check | Posted(GL) | 8/20/2010 | DERCO AEROSPACE, INC. | 0.00 | 702.50 | 702.50 |
| 117008443 | 1 | 006549 | Check | Posted(GL) | 8/20/2010 | HERBER AIRCRAFT SERVICE | 0.00 | 698.44 | 698.44 |
| 117008443 | 1 | 006550 | Check | Posted(GL) | 8/20/2010 | HARPER ENGINEERING CO. | 0.00 | 1,000.00 | 1,000.00 |
| 117008443 | 1 | 006551 | Check | Posted(GL) | 8/20/2010 | SPECIALTY CABLE CORP. | 0.00 | 512.14 | 512.14 |
| 117008443 | 1 | 006552 | Check | Posted(GL) | 8/20/2010 | W & O THE RIGHT FIT. | 0.00 | 500.00 | 500.00 |
| 117008443 | 1 | 006553 | Check | Posted(GL) | 8/20/2010 | G.E. LIGHTING | 0.00 | 500.00 | 500.00 |
| 117008443 | 1 | 006554 | Check | Posted(GL) | 8/23/2010 | PSE&G | 0.00 | 1,612.53 | 1,612.53 |
| 117008443 | 1 | 006555 | Check | Posted(GL) | 8/23/2010 | HANOVER INSURANCE CO. | 0.00 | 2,401.81 | 2,401.81 |
| 117008443 | 1 | 006556 | Check | Posted(GL) | 8/23/2010 | UPS | 0.00 | 1,606.80 | 1,606.80 |
| 117008443 | 1 | 000251 | Wire Trans | Posted(GL) | 8/23/2010 | EATON CORPORATION | 0.00 | 25,010.00 | 25,010.00 |
| 117008443 | 1 | 000252 | Wire Trans | Posted(GL) | 8/23/2010 | EATON CORPORATION | 0.00 | 36,568.00 | 36,568.00 |
| 117008443 | 1 | 006558 | Check | Posted(GL) | 8/24/2010 | AIROYAL | 0.00 | 720.00 | 720.00 |
| 117008443 | 1 | 006559 | Check | Posted(GL) | 8/24/2010 | BETATRONIX INC | 0.00 | 515.00 | 515.00 |
| 117008443 | 1 | 006560 | Check | Posted(GL) | 8/24/2010 | RSI,INC. | 0.00 | 393.80 | 393.80 |
| 117008443 | 1 | 006562 | Check | Posted(GL) | 8/25/2010 | FLAME ENTERPRISES, INC. | 0.00 | 449.18 | 449.18 |
| 117008443 | 1 | 006563 | Check | Posted(GL) | 8/25/2010 | PETTY CASH | 0.00 | 300.00 | 300.00 |
| 117008443 | 1 | 006564 | Check | Posted(GL) | 8/26/2010 | AVIO SUPPORT | 0.00 | 1,776.00 | 1,776.00 |
| 117008443 | 1 | 006565 | Check | Posted(GL) | 8/26/2010 | DAYTON GRANGER | 0.00 | 4,299.00 | 4,299.00 |
| 117008443 | 1 | 006566 | Check | Posted(GL) | 8/26/2010 | THOMAS AND BETTS | 0.00 | 4,679.80 | 4,679.80 |
| 117008443 | 1 | 006567 | Check | Posted(GL) | 8/26/2010 | JRH ELECTRONICS INC. | 0.00 | 1,590.16 | 1,590.16 |
| 117008443 | 1 | 006568 | Check | Posted(GL) | 8/26/2010 | DAVID CLARK CO. | 0.00 | 10,307.31 | 10,307.31 |
| 117008443 | 1 | 006569 | Check | Posted(GL) | 8/26/2010 | FOD CONTROL CORPORATION | 0.00 | 1,839.50 | 1,839.50 |
| 117008443 | 1 | 006570 | Check | Posted(GL) | 8/26/2010 | ARVAN | 0.00 | 1,786.31 | 1,786.31 |
| 117008443 | 1 | 006571 | Check | Posted(GL) | 8/26/2010 | LECTRON INDUSTRIES | 0.00 | 298.10 | 298.10 |
| 117008443 | 1 | 006572 | Check | Posted(GL) | 8/26/2010 | ROSEMOUNT AEROSPACE INC | 0.00 | 12,325.00 | 12,325.00 |
| 117008443 | 1 | 006573 | Check | Posted(GL) | 8/26/2010 | ALVATEK ELECTRONICS | 0.00 | 887.05 | 887.05 |
| 117008443 | 1 | 006574 | Check | Posted(GL) | 8/26/2010 | NIAGARA AIR PART | 0.00 | 8,905.00 | 8,905.00 |
| 117008443 | 1 | 006575 | Check | Posted(GL) | 8/26/2010 | PEI GENESIS | 0.00 | 1,652.55 | 1,652.55 |
| 117008443 | 1 | 006576 | Check | Posted(GL) | 8/26/2010 | ASTREX ELECTRONICS,INC. | 0.00 | 5,621.53 | 5,621.53 |

[*] - Voided

Date: 11/23/2010 4:51:53 AM
User: AMIT

Page: 8

[1] Summit Aviation Supply

# All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006577 | Check | Posted(GL) | 8/26/2010 | CPI/DENELEX GROUP | 0.00 | 4,456.00 | 4,456.00 |
| 117008443 | 1 | 006578 | Check | Posted(GL) | 8/26/2010 | AMPHENOL CORPORATION | 0.00 | 4,115.98 | 4,115.98 |
| 117008443 | 1 | 006579 | Check | Posted(GL) | 8/26/2010 | TTI, INC | 0.00 | 4,780.63 | 4,780.63 |
| 117008443 | 1 | 006580 | Check | Posted(GL) | 8/26/2010 | FEDERAL EXPRESS | 0.00 | 693.95 | 693.95 |
| 117008443 | 1 | 006581 | Check | Posted(GL) | 8/26/2010 | STAPLES CREDIT PLAN | 0.00 | 276.81 | 276.81 |
| 117008443 | 1 | 006582 | Check | Posted(GL) | 8/26/2010 | UPS SUPPLY CHAIN SOLUTION,INC. | 0.00 | 191.95 | 191.95 |
| 117008443 | 1 | 006583 | Check | Posted(GL) | 8/26/2010 | DEER PARK | 0.00 | 51.63 | 51.63 |
| 117008443 | 1 | 006584 | Check | Posted(GL) | 8/26/2010 | GEODIS WILSON USA,INC. | 0.00 | 40.00 | 40.00 |
| 117008443 | 1 | 006585 | Check | Posted(GL) | 8/26/2010 | UPS | 0.00 | 1,229.64 | 1,229.64 |
| 117008443 | 1 | 006586 | Check | Posted(GL) | 8/26/2010 | PENTAGON 2000 SOFTWARE,INC. | 0.00 | 1,058.00 | 1,058.00 |
| 117008443 | 1 | 006587 | Check | Posted(GL) | 8/26/2010 | ARIK ESHEL, CPA & ASSOC., P.C. | 0.00 | 1,500.00 | 1,500.00 |
| 117008443 | 1 | 006588 | Check | Posted(GL) | 8/26/2010 | ATRADE | 0.00 | 45.00 | 45.00 |
| 117008443 | 1 | 006589 | Check | Posted(GL) | 8/27/2010 | POWERTECH CONTROLS | 0.00 | 2,552.00 | 2,552.00 |
| 117008443 | 1 | 006590 | Check | Posted(GL) | 8/27/2010 | PAN PACIFIC ELECTRONICS | 0.00 | 3,300.00 | 3,300.00 |
| 117008443 | 1 | 000253 | Wire Trans | Posted(GL) | 8/27/2010 | EATON CORPORATION | 0.00 | 21,740.00 | 21,740.00 |
| 117008443 | 1 | 000254 | Wire Trans | Posted(GL) | 8/27/2010 | SENSATA TECHNOLOGIES INC. | 0.00 | 11,939.25 | 11,939.25 |
| 117008443 | 1 | 006591 | Check | Posted(GL) | 8/30/2010 | SENSATA TECHNOLOGIES INC. | 0.00 | 138.96 | 138.96 |
| 117008443 | 1 | 006592 | Check | Posted(GL) | 8/31/2010 | HERNAN CHICA | 0.00 | 511.16 | 511.16 |
| 117008443 | 1 | 006593 | Check | Posted(GL) | 8/31/2010 | BACO CONTROLS, INC. | 0.00 | 374.79 | 374.79 |
| 117008443 | 1 | 006595 | Check | Posted(GL) | 8/31/2010 | LA SALLE ELECTRIC SUPPLY | 0.00 | 200.00 | 200.00 |
| 117008443 | 1 | 006596 | Check | Posted(GL) | 9/1/2010 | HORIZON BLUE CROSS BLUE SHIELD OF N.J | 0.00 | 15,241.95 | 15,241.95 |
| 117008443 | 1 | 006597 | Check | Posted(GL) | 9/1/2010 | FRED LEVI | 0.00 | 4,600.00 | 4,600.00 |
| 117008443 | 1 | 006598 | Check | Posted(GL) | 9/2/2010 | X-4 TOOL | 0.00 | 4,810.00 | 4,810.00 |
| 117008443 | 1 | 000255 | Wire Trans | Posted(GL) | 9/2/2010 | FENWAL SAFETY SYSTEMS INC. | 0.00 | 45,154.00 | 45,154.00 |
| 117008443 | 1 | 006599 | Check | Posted(GL) | 9/3/2010 | AIRCRAFT INSTRUMENT/RADIO | 0.00 | 1,970.00 | 1,970.00 |
| 117008443 | 1 | 006600 | Check | Posted(GL) | 9/3/2010 | L.J. WALCH CO., INC. | 0.00 | 1,128.55 | 1,128.55 |
| 117008443 | 1 | 006601 | Check | Posted(GL) | 9/3/2010 | POWERTECH CONTROLS | 0.00 | 479.40 | 479.40 |
| 117008443 | 1 | 006602 | Check | Posted(GL) | 9/3/2010 | AMPHENOL CORPORATION | 0.00 | 4,926.96 | 4,926.96 |
| 117008443 | 1 | 006603 | Check | Posted(GL) | 9/3/2010 | TTI, INC | 0.00 | 8,339.01 | 8,339.01 |
| 117008443 | 1 | 006604 | Check | Posted(GL) | 9/3/2010 | GLENAIR,INC. | 0.00 | 8,323.22 | 8,323.22 |
| 117008443 | 1 | 006605 | Check | Posted(GL) | 9/3/2010 | POWELL ELECTRONICS | 0.00 | 716.60 | 716.60 |

[*] - Voided

Date: 11/23/2010 4:51:53 AM
User: AMIT

[1]  Summit Aviation Supply

Page:  9

# All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 009606 | Check | Posted(GL) | 9/3/2010 | BTX TECHNOLOGY | 0.00 | 537.00 | 537.00 |
| 117008443 | | 000256 | Wire Trans | Posted(GL) | 9/3/2010 | GLENAIR INTERNATIONAL LTD | 0.00 | 1,500.48 | 1,500.48 |
| 117008443 | | 000257 | Wire Trans | Posted(GL) | 9/3/2010 | TEST-FUCHS | 0.00 | 4,510.14 | 4,510.14 |
| 117008443 | 1 | 009608 | Check | Posted(GL) | 9/3/2010 | AIRCRAFT INSTRUMENT/RADIO | 0.00 | 300.00 | 300.00 |
| 117008443 | 1 | 009609 | Check | Posted(GL) | 9/3/2010 | TELCOMAVEN | 0.00 | 487.59 | 487.59 |
| 117008443 | 1 | 009610 | Check | Posted(GL) | 9/3/2010 | CERIDIAN | 0.00 | 215.13 | 215.13 |
| 117008443 | 1 | 009611 | Check | Posted(GL) | 9/3/2010 | TIME WARNER CABLE-BERGEN | 0.00 | 59.95 | 59.95 |
| 117008443 | 1 | 009612 | Check | Posted(GL) | 9/3/2010 | UPS | 0.00 | 735.09 | 735.09 |
| 117008443 | 1 | 009613 | Check | Posted(GL) | 9/3/2010 | FEDERAL EXPRESS | 0.00 | 786.17 | 786.17 |
| 117008443 | 1 | 009614 | Check | Posted(GL) | 9/3/2010 | GEODIS WILSON USA,INC. | 0.00 | 1,814.77 | 1,814.77 |
| 117008443 | 1 | 009616 | Check | Posted(GL) | 9/7/2010 | SOUND POWERED COMMUNICATIONS | 0.00 | 1,017.54 | 1,017.54 |
| 117008443 | 1 | 009617 | Check | Posted(GL) | 9/7/2010 | R.A.SPECIALISTS | 0.00 | 780.00 | 780.00 |
| 117008443 | 1 | 009618 | Check | Posted(GL) | 9/7/2010 | NTE ELECTRONICS, INC. | 0.00 | 143.09 | 143.09 |
| 117008443 | 1 | 009619 | Check | Posted(GL) | 9/8/2010 | AVIO SUPPORT | 0.00 | 160.00 | 160.00 |
| 117008443 | 1 | 009620 | Check | Posted(GL) | 9/8/2010 | PAN PACIFIC ELECTRONICS | 0.00 | 318.41 | 318.41 |
| 117008443 | 1 | 009621 | Check | Posted(GL) | 9/8/2010 | HIREL CONNECTOR | 0.00 | 2,560.60 | 2,560.60 |
| 117008443 | 1 | 009622 | Check | Posted(GL) | 9/9/2010 | BISCO INDUSTRIES,INC. | 0.00 | 201.88 | 201.88 |
| 117008443 | 1 | 009623 | Check | Posted(GL) | 9/9/2010 | DANIELS MANUFACTURING | 0.00 | 3,319.50 | 3,319.50 |
| 117008443 | 1 | 009624 | Check | Posted(GL) | 9/9/2010 | EDWARD C. SMYERS CO. | 0.00 | 1,877.00 | 1,877.00 |
| 117008443 | 1 | 009625 | Check | Posted(GL) | 9/9/2010 | PEI GENESIS | 0.00 | 1,801.51 | 1,801.51 |
| 117008443 | 1 | 009626 | Check | Posted(GL) | 9/9/2010 | ASTREX ELECTRONICS,INC. | 0.00 | 3,661.80 | 3,661.80 |
| 117008443 | 1 | 009627 | Check | Posted(GL) | 9/9/2010 | ITT CORP. ICS- SANTA-ANA | 0.00 | 1,272.83 | 1,272.83 |
| 117008443 | 1 | 009628 | Check | Posted(GL) | 9/9/2010 | REID SUPPLY COMPANY | 0.00 | 500.00 | 500.00 |
| 117008443 | 1 | 009629 | Check | Posted(GL) | 9/9/2010 | CPN/DENELEX GROUP | 0.00 | 3,082.85 | 3,082.85 |
| 117008443 | 1 | 009630 | Check | Posted(GL) | 9/9/2010 | PEERLESS ELECTRONICS INC. | 0.00 | 689.75 | 689.75 |
| 117008443 | 1 | 009631 | Check | Posted(GL) | 9/9/2010 | OMEGA WIRE,INC. | 0.00 | 35.50 | 35.50 |
| 117008443 | 1 | 009632 | Check | Posted(GL) | 9/9/2010 | TTI, INC | 0.00 | 8,366.32 | 8,366.32 |
| 117008443 | 1 | 009633 | Check | Posted(GL) | 9/9/2010 | AMPHENOL CORPORATION | 0.00 | 9,798.25 | 9,798.25 |
| 117008443 | 1 | 009634 | Check | Posted(GL) | 9/9/2010 | AT&T MOBILITY | 0.00 | 543.93 | 543.93 |
| 117008443 | 1 | 009635 | Check | Posted(GL) | 9/9/2010 | CABLEVISION | 0.00 | 74.90 | 74.90 |
| 117008443 | 1 | 009636 | Check | Posted(GL) | 9/9/2010 | PURCHASE POWER | 0.00 | 300.00 | 300.00 |

[*] - Voided

Date: 11/23/2010 4:51:53 AM
User: AMIT

[1]  Summit Aviation Supply

# All Accounts Payable

Page: 10

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006637 | Check | Posted(GL) | 9/9/2010 | UPS | 0.00 | 1,076.27 | 1,076.27 |
| 117008443 | 1 | 006638 | Check | Posted(GL) | 9/9/2010 | ARIK ESHEL, CPA & ASSOC., P.C. | 0.00 | 1,500.00 | 1,500.00 |
| 117008443 | 1 | 006639 | Check | Posted(GL) | 9/9/2010 | GEODIS WILSON USA,INC. | 0.00 | 670.00 | 670.00 |
| 117008443 | 1 | 006640 | Check | Posted(GL) | 9/9/2010 | FEDERAL EXPRESS | 0.00 | 908.89 | 908.89 |
| 117008443 | 1 | 006641 | Check | Posted(GL) | 9/9/2010 | SUN AVIATION INC. (AEA) | 0.00 | 54.40 | 54.40 |
| 117008443 | 1 | 006642 | Check | Posted(GL) | 9/10/2010 | MID CONTINENT INSTRUMENT | 0.00 | 9,150.00 | 9,150.00 |
| 117008443 | 1 | 006643 | Check | Posted(GL) | 9/10/2010 | PROACTIVE TECNOLOGY GROUP,LLC | 0.00 | 600.00 | 600.00 |
| 117008443 | 1 | 006644 | Check | Posted(GL) | 9/10/2010 | A.J. LEVIN | 0.00 | 4,976.75 | 4,976.75 |
| 117008443 | 1 | 006645 | Check | Posted(GL) | 9/13/2010 | AIRCRAFT INSTRUMENT/RADIO | 0.00 | 1,990.00 | 1,990.00 |
| 117008443 | 1 | 006646 | Check | Posted(GL) | 9/13/2010 | L.J. WALCH CO., INC. | 0.00 | 574.38 | 574.38 |
| 117008443 | 1 | 006647 | Check | Posted(GL) | 9/13/2010 | EMERSON NETWORK POWER | 0.00 | 8,554.95 | 8,554.95 |
| 117008443 | 1 | 006648 | Check | Posted(GL) | 9/14/2010 | DAYTON GRANGER | 0.00 | 1,701.50 | 1,701.50 |
| 117008443 | 1 | 006649 | Check | Posted(GL) | 9/14/2010 | FMI INSURANCE COMPANY | 0.00 | 795.51 | 795.51 |
| 117008443 | 1 | 006650 | Check | Posted(GL) | 9/14/2010 | H.K. FITTINGS | 0.00 | 570.00 | 570.00 |
| 117008443 | 1 | 006651 | Check | Posted(GL) | 9/15/2010 | TIMCO COMPONENTS | 0.00 | 334.80 | 334.80 |
| 117008443 | 1 | 006652 | Check | Posted(GL) | 9/16/2010 | AVIO SUPPORT | 0.00 | 7,818.77 | 7,818.77 |
| 117008443 | 1 | 006653 | Check | Posted(GL) | 9/16/2010 | PIPER PARTS PLUS | 0.00 | 4,281.00 | 4,281.00 |
| 117008443 | 1 | 006654 | Check | Posted(GL) | 9/16/2010 | TIMCO COMPONENTS | 0.00 | 1,077.80 | 1,077.80 |
| 117008443 | 1 | 006655 | Check | Posted(GL) | 9/16/2010 | DAYTON GRANGER | 0.00 | 1,522.40 | 1,522.40 |
| 117008443 | 1 | 006656 | Check | Posted(GL) | 9/16/2010 | HYT AMERICA,INC. | 0.00 | 148.24 | 148.24 |
| 117008443 | 1 | 006657 | Check | Posted(GL) | 9/16/2010 | THOMAS & BETTS CORP | 0.00 | 3,176.70 | 3,176.70 |
| 117008443 | 1 | 000258 | Wire Trans | Posted(GL) | 9/17/2010 | FENWAL SAFETY SYSTEMS INC. | 0.00 | 146,144.00 | 146,144.00 |
| 117008443 | 1 | 006660 | Check | Posted(GL) | 9/17/2010 | DAVID SMITH | 0.00 | 326.42 | 326.42 |
| 117008443 | 1 | 006661 | Check | Posted(GL) | 9/17/2010 | PAUL COOPERMAN | 0.00 | 135.00 | 135.00 |
| 117008443 | 1 | 006662 | Check | Posted(GL) | 9/17/2010 | INTERSTATE WASTE SERVICES | 0.00 | 263.28 | 263.28 |
| 117008443 | 1 | 006663 | Check | Posted(GL) | 9/17/2010 | UNITED WATER NEW JERSEY | 0.00 | 186.34 | 186.34 |
| 117008443 | 1 | 006664 | Check | Posted(GL) | 9/17/2010 | KONICA MINOLTA BUSINESS SOLUTIONS,US | 0.00 | 372.66 | 372.66 |
| 117008443 | 1 | 006665 | Check | Posted(GL) | 9/17/2010 | UPS | 0.00 | 768.41 | 768.41 |
| 117008443 | 1 | 006666 | Check | Posted(GL) | 9/17/2010 | GEODIS WILSON USA,INC. | 0.00 | 943.82 | 943.82 |
| 117008443 | 1 | 006667 | Check | Posted(GL) | 9/17/2010 | NEW CENTURY TRANSPORTATION,INC. | 0.00 | 89.25 | 89.25 |
| 117008443 | 1 | 006668 | Check | Posted(GL) | 9/17/2010 | SYMBOLOGY ENTERPRISES INC. | 0.00 | 282.75 | 282.75 |

[1] - Voided

Date: 11/23/2010 4:51:53 AM
User: AMIT

[1]  Summit Aviation Supply

Page:  11

# All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006669 | Check | Posted(GL) | 9/17/2010 | PERRY JOHNSON REGISTRARS,INC. | 0.00 | 90.00 | 90.00 |
| 117008443 | 1 | 006670 | Check | Posted(GL) | 9/17/2010 | W.B. MASON CO.,INC. | 0.00 | 1,112.37 | 1,112.37 |
| 117008443 | 1 | 006671 | Check | Posted(GL) | 9/17/2010 | FEDERAL EXPRESS | 0.00 | 349.72 | 349.72 |
| 117008443 | 1 | 006672 | Check | Posted(GL) | 9/17/2010 | UPS SUPPLY CHAIN SOLITION,INC. | 0.00 | 78.86 | 78.86 |
| 117008443 | 1 | 006673 | Check | Posted(GL) | 9/17/2010 | G&S INSTRUMENTS & ACCESSORIES | 0.00 | 17,870.00 | 17,870.00 |
| 117008443 | | 000259 | Wire Trans | Posted(GL) | 9/17/2010 | FLAME ENTERPRISES, INC. | 0.00 | 875.00 | 875.00 |
| 117008443 | 1 | 006674 | Check | Posted(GL) | 9/20/2010 | L.J. WALCH CO., INC. | 0.00 | 1,435.42 | 1,435.42 |
| 117008443 | 1 | 006675 | Check | Posted(GL) | 9/20/2010 | PAN PACIFIC ELECTRONICS | 0.00 | 4,566.00 | 4,566.00 |
| 117008443 | 1 | 006676 | Check | Posted(GL) | 9/20/2010 | LSI COMPUTER SYSTEMS | 0.00 | 3,330.00 | 3,330.00 |
| 117008443 | 1 | 006677 | Check | Posted(GL) | 9/20/2010 | AFP INDUSTRIES INC. | 0.00 | 5,603.99 | 5,603.99 |
| 117008443 | 1 | 006678 | Check | Posted(GL) | 9/20/2010 | WINGS ELECTRO SALES | 0.00 | 410.64 | 410.64 |
| 117008443 | | 000260 | Wire Trans | Posted(GL) | 9/20/2010 | SARGENT FLETCHER,INC. | 0.00 | 25,000.00 | 25,000.00 |
| 117008443 | 1 | 006679 | Check | Posted(GL) | 9/22/2010 | NEW YORKER ELECTRONICS CO INC | 0.00 | 1,032.60 | 1,032.60 |
| 117008443 | 1 | 006680 | Check | Posted(GL) | 9/22/2010 | DAVID SMITH | 0.00 | 1,373.40 | 1,373.40 |
| 117008443 | 1 | 006681 | Check | Posted(GL) | 9/22/2010 | COUNTRY GREEN LANDSCAPE,INC. | 0.00 | 100.58 | 100.58 |
| 117008443 | 1 | 006682 | Check | Posted(GL) | 9/22/2010 | CORDIA COMMUNICATIONS | 0.00 | 949.77 | 949.77 |
| 117008443 | 1 | 006683 | Check | Posted(GL) | 9/22/2010 | UPS | 0.00 | 2,532.36 | 2,532.36 |
| 117008443 | 1 | 006684 | Check | Posted(GL) | 9/22/2010 | GEODIS WILSON USA,INC. | 0.00 | 388.44 | 388.44 |
| 117008443 | 1 | 006685 | Check | Posted(GL) | 9/22/2010 | FEDERAL EXPRESS | 0.00 | 1,522.06 | 1,522.06 |
| 117008443 | 1 | 006686 | Check | Posted(GL) | 9/22/2010 | AIRFASCO | 0.00 | 1,079.00 | 1,079.00 |
| 117008443 | 1 | 006687 | Check | Posted(GL) | 9/22/2010 | STROCO | 0.00 | 524.00 | 524.00 |
| 117008443 | 1 | 006688 | Check | Posted(GL) | 9/22/2010 | ROSEMOUNT AEROSPACE INC | 0.00 | 12,075.00 | 12,075.00 |
| 117008443 | 1 | 006689 | Check | Posted(GL) | 9/22/2010 | WESCO AIRCRAFT HARDWARE CORP. | 0.00 | 2,731.50 | 2,731.50 |
| 117008443 | 1 | 006690 | Check | Posted(GL) | 9/22/2010 | EATON AEROSPACE LLC ENGINEERED | 0.00 | 25,000.00 | 25,000.00 |
| 117008443 | 1 | 006691 | Check | Posted(GL) | 9/22/2010 | STEINERFILM, INC. | 0.00 | 2,995.49 | 2,995.49 |
| 117008443 | 1 | 006692 | Check | Posted(GL) | 9/22/2010 | PEI GENESIS | 0.00 | 750.00 | 750.00 |
| 117008443 | 1 | 006693 | Check | Posted(GL) | 9/22/2010 | AMPHENOL CORPORATION | 0.00 | 18,843.13 | 18,843.13 |
| 117008443 | 1 | 006694 | Check | Posted(GL) | 9/22/2010 | TTI, INC | 0.00 | 15,699.39 | 15,699.39 |
| 117008443 | 1 | 006695 | Check | Posted(GL) | 9/23/2010 | AIRCRAFT INSTRUMENT&RADIO | 0.00 | 1,970.00 | 1,970.00 |
| 117008443 | 1 | 006696 | Check | Posted(GL) | 9/23/2010 | BARFIELD | 0.00 | 2,566.75 | 2,566.75 |
| 117008443 | 1 | 006697 | Check | Posted(GL) | 9/23/2010 | CROUSE-HINDS | 0.00 | 1,650.00 | 1,650.00 |

[*] - Voided

Date: 11/23/2010 4:51:53 AM
User: AMIT

[1]  Summit Aviation Supply

Page: 12

# All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006698 | Check | Posted(GL) | 9/23/2010 | HIREL CONNECTOR | 0.00 | 3,630.69 | 3,630.69 |
| 117008443 | 1 | 006699 | Check | Posted(GL) | 9/27/2010 | SCI TECHNOLOGY, INC. | 0.00 | 10,102.00 | 10,102.00 |
| 117008443 | 1 | 006700 | Check | Posted(GL) | 9/27/2010 | BTC ELECTRONIC COMPONENTS | 0.00 | 319.50 | 319.50 |
| 117008443 | 1 | 006701 | Check | Posted(GL) | 9/27/2010 | BERGEN CABLE TECHNOLOGY | 0.00 | 20,000.00 | 20,000.00 |
| 117008443 | 1 | 006702 | Check | Posted(GL) | 9/27/2010 | AMPHENOL RF/MICROWAVE | 0.00 | 1,031.00 | 1,031.00 |
| 117008443 | 1 | 006703 | Check | Posted(GL) | 9/27/2010 | FASTENER TECHNOLOGY CORP. | 0.00 | 3,388.00 | 3,388.00 |
| 117008443 | 1 | 006704 | Check | Posted(GL) | 9/27/2010 | BE AEROSPACE | 0.00 | 4,038.30 | 4,038.30 |
| 117008443 | 1 | 006705 | Check | Posted(GL) | 9/27/2010 | CPI/DENELEX GROUP | 0.00 | 1,514.70 | 1,514.70 |
| 117008443 | 1 | 006706 | Check | Posted(GL) | 9/27/2010 | DAVID CLARK CO. | 0.00 | 9,060.00 | 9,060.00 |
| 117008443 | 1 | 006707 | Check | Posted(GL) | 9/27/2010 | WAMCO, INC. | 0.00 | 3,375.00 | 3,375.00 |
| 117008443 | 1 | 006708 | Check | Posted(GL) | 9/27/2010 | E.I. DU PONT DE NEMOURS AND CO. | 0.00 | 13,782.44 | 13,782.44 |
| 117008443 | 1 | 006709 | Check | Posted(GL) | 9/27/2010 | HIREL CONNECTOR | 0.00 | 2,926.40 | 2,926.40 |
| 117008443 | 1 | 006710 | Check | Posted(GL) | 9/29/2010 | AVIO SUPPORT | 0.00 | 350.02 | 350.02 |
| 117008443 | 1 | 006711 | Check | Posted(GL) | 9/29/2010 | AVIALL SERVICES,INC. | 0.00 | 127.16 | 127.16 |
| 117008443 | | 000261 | Wire Trans | Posted(GL) | 9/29/2010 | EATON CORPORATION | 0.00 | 18,050.00 | 18,050.00 |
| 117008443 | 1 | 006712 | Check | Posted(GL) | 9/30/2010 | CURTIS UNIVERSAL JOINT | 0.00 | 820.95 | 820.95 |
| 117008443 | 1 | 006713 | Check | Posted(GL) | 9/30/2010 | BISCO INDUSTRIES,INC. | 0.00 | 423.29 | 423.29 |
| 117008443 | 1 | 006714 | Check | Posted(GL) | 9/30/2010 | ONLINE COMPONENTS | 0.00 | 528.75 | 528.75 |
| 117008443 | 1 | 006715 | Check | Posted(GL) | 9/30/2010 | HIREL CONNECTOR | 0.00 | 3,013.80 | 3,013.80 |
| 117008443 | 1 | 006716 | Check | Posted(GL) | 10/1/2010 | PSEG | 0.00 | 1,385.74 | 1,385.74 |
| 117008443 | 1 | 006717 | Check | Posted(GL) | 10/1/2010 | SUMMIT ELECTRONICS | 0.00 | 600.00 | 600.00 |
| 117008443 | 1 | 006718 | Check | Posted(GL) | 10/1/2010 | HORIZON BLUE CROSS BLUE SHIELD OF NJ | 0.00 | 16,436.24 | 16,436.24 |
| 117008443 | 1 | 006719 | Check | Posted(GL) | 10/4/2010 | PITNEY BOWES GLOBAL FINANCIAL SERVIC | 0.00 | 351.00 | 351.00 |
| 117008443 | 1 | 006720 | Check | Posted(GL) | 10/5/2010 | MSP AVIATION | 0.00 | 317.75 | 317.75 |
| 117008443 | 1 | 006721 | Check | Posted(GL) | 10/6/2010 | JRH ELECTRONICS INC. | 0.00 | 176.70 | 176.70 |
| 117008443 | 1 | 006722 | Check | Posted(GL) | 10/6/2010 | AVIALL SERVICES,INC. | 0.00 | 57.80 | 57.80 |
| 117008443 | | 000262 | Wire Trans | Posted(GL) | 10/8/2010 | FENWAL SAFETY SYSTEMS INC. | 0.00 | 139,154.00 | 139,154.00 |
| 117008443 | 1 | 006723 | Check | Posted(GL) | 10/8/2010 | FRED LEVI | 0.00 | 4,600.00 | 4,600.00 |
| 117008443 | 1 | 006724 | Check | Posted(GL) | 10/8/2010 | MURRAY BENJAMIN ELECTRIC CO. | 0.00 | 500.00 | 500.00 |
| 117008443 | 1 | 006725 | Check | Posted(GL) | 10/8/2010 | POWELL ELECTRONICS | 0.00 | 1,730.10 | 1,730.10 |
| 117008443 | 1 | 006726 | Check | Posted(GL) | 10/8/2010 | ALVATEK ELECTRONICS | 0.00 | 592.68 | 592.68 |

[*] -Voided

Date: 11/23/2010 4:51:53 AM
User: AMIT

[1]  Summit Aviation Supply

# All Accounts Payable

Page: 13

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006727 | Check | Posted(GL) | 10/8/2010 | SENSATA TECHNOLOGIES INC. | 0.00 | 1,025.25 | 1,025.25 |
| 117008443 | 1 | 006728 | Check | Posted(GL) | 10/8/2010 | BERGEN CABLE TECHNOLOGY | 0.00 | 10,000.00 | 10,000.00 |
| 117008443 | 1 | 006729 | Check | Posted(GL) | 10/8/2010 | BERGEN CABLE TECHNOLOGY | 0.00 | 6,888.40 | 6,888.40 |
| 117008443 | 1 | 006730 | Check | Posted(GL) | 10/8/2010 | RSI,INC. | 0.00 | 1,350.50 | 1,350.50 |
| 117008443 | 1 | 006731 | Check | Posted(GL) | 10/8/2010 | AMPHENOL CANADA CORP | 0.00 | 11,160.00 | 11,160.00 |
| 117008443 | 1 | 006732 | Check | Posted(GL) | 10/8/2010 | TYCO ELECTRONICS | 0.00 | 5,057.73 | 5,057.73 |
| 117008443 | 1 | 006733 | Check | Posted(GL) | 10/8/2010 | UPS SUPPLY CHAIN SOLUTION,INC. | 0.00 | 213.76 | 213.76 |
| 117008443 | 1 | 006734 | Check | Posted(GL) | 10/8/2010 | CDW DIRECT LLC | 0.00 | 112.34 | 112.34 |
| 117008443 | 1 | 006735 | Check | Posted(GL) | 10/8/2010 | AT&T MOBILITY | 0.00 | 388.21 | 388.21 |
| 117008443 | 1 | 006736 | Check | Posted(GL) | 10/8/2010 | INVENTORY LOCATOR SERVICE | 0.00 | 246.32 | 246.32 |
| 117008443 | 1 | 006737 | Check | Posted(GL) | 10/8/2010 | TIME WARNER CABLE BERGEN | 0.00 | 59.95 | 59.95 |
| 117008443 | 1 | 006738 | Check | Posted(GL) | 10/8/2010 | CABLEVISION | 0.00 | 74.90 | 74.90 |
| 117008443 | 1 | 006739 | Check | Posted(GL) | 10/8/2010 | CERIDIAN | 0.00 | 278.53 | 278.53 |
| 117008443 | 1 | 006740 | Check | Posted(GL) | 10/8/2010 | PROACTIVE TECNOLOGY GROUP,LLC | 0.00 | 567.00 | 567.00 |
| 117008443 | 1 | 006741 | Check | Posted(GL) | 10/8/2010 | INTERSTATE WASTE SERVICES | 0.00 | 263.39 | 263.39 |
| 117008443 | 1 | 006742 | Check | Posted(GL) | 10/8/2010 | DEER PARK | 0.00 | 77.21 | 77.21 |
| 117008443 | 1 | 006743 | Check | Posted(GL) | 10/8/2010 | PENTAGON 2000 SOFTWARE,INC. | 0.00 | 1,058.00 | 1,058.00 |
| 117008443 | 1 | 006744 | Check | Posted(GL) | 10/8/2010 | PURCHASE POWER | 0.00 | 300.00 | 300.00 |
| 117008443 | 1 | 006745 | Check | Posted(GL) | 10/8/2010 | DAVID SMITH | 0.00 | 554.31 | 554.31 |
| 117008443 | 1 | 006746 | Check | Posted(GL) | 10/8/2010 | ARIK ESHEL, CPA & ASSOC., P.C. | 0.00 | 1,500.00 | 1,500.00 |
| 117008443 | 1 | 006747 | Check | Posted(GL) | 10/8/2010 | BERGEN COUNTY CARTRIDGE XCHANGE | 0.00 | 264.18 | 264.18 |
| 117008443 | 1 | 006748 | Check | Posted(GL) | 10/8/2010 | UPS | 0.00 | 1,184.76 | 1,184.76 |
| 117008443 | 1 | 006749 | Check | Posted(GL) | 10/8/2010 | UPS / UPS SCS CHICAGO | 0.00 | 140.26 | 140.26 |
| 117008443 | 1 | 006750 | Check | Posted(GL) | 10/8/2010 | GEODIS WILSON USA,INC. | 0.00 | 388.44 | 388.44 |
| 117008443 | 1 | 006751 | Check | Posted(GL) | 10/8/2010 | DHL EXPRESS USA,INC. | 0.00 | 103.37 | 103.37 |
| 117008443 | 1 | 006752 | Check | Posted(GL) | 10/8/2010 | FEDERAL EXPRESS | 0.00 | 2,647.83 | 2,647.83 |
| 117008443 | 1 | 006753 | Check | Posted(GL) | 10/8/2010 | PROGRESSIVE HYDRAULICS | 0.00 | 5,332.87 | 5,332.87 |
| 117008443 | 1 | 006754 | Check | Posted(GL) | 10/8/2010 | WESCO AIRCRAFT HARDWARE CORP. | 0.00 | 3,394.49 | 3,394.49 |
| 117008443 | 1 | 006755 | Check | Posted(GL) | 10/8/2010 | UNITED STATE DEPARTMENT OF STATE | 0.00 | 9,000.00 | 9,000.00 |
| 117008443 | 1 | 006756 | Check | Posted(GL) | 10/12/2010 | PAN PACIFIC ELECTRONICS | 0.00 | 721.10 | 721.10 |
| 117008443 | 1 | 006757 | Check | Posted(GL) | 10/12/2010 | HIREL CONNECTOR | 0.00 | 7,119.00 | 7,119.00 |

[*] - Voided

[1]  Summit Aviation Supply

## All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006758 | Check | Posted(GL) | 10/12/2010 | GLENAIR,INC. | 0.00 | 1,691.50 | 1,691.50 |
| 117008443 | 1 | 006759 | Check | Posted(GL) | 10/13/2010 | ONLINE COMPONENTS | 0.00 | 35.25 | 35.25 |
| 117008443 | 1 | 006761 | Check | Posted(GL) | 10/14/2010 | STATE OF NJ CBT | 0.00 | 1,397.00 | 1,397.00 |
| 117008443 | 1 | 006762 | Check | Posted(GL) | 10/14/2010 | DAVID SMITH | 0.00 | 6,253.40 | 6,253.40 |
| 117008443 | 1 | 006763 | Check | Posted(GL) | 10/14/2010 | PAUL COOPERMAN | 0.00 | 135.00 | 135.00 |
| 117008443 | 1 | 006764 | Check | Posted(GL) | 10/14/2010 | FMI INSURANCE COMPANY | 0.00 | 795.51 | 795.51 |
| 117008443 | 1 | 006765 | Check | Posted(GL) | 10/14/2010 | KONICA MINOLTA BUSINESS SOLUTIONS,US | 0.00 | 372.66 | 372.66 |
| 117008443 | 1 | 006767 | Check | Posted(GL) | 10/14/2010 | DISCOUNT OFFICE SUPPLY,INC. | 0.00 | 260.01 | 260.01 |
| 117008443 | 1 | 006768 | Check | Posted(GL) | 10/14/2010 | BERGEN COUNTY CARTRIDGE XCHANGE | 0.00 | 286.76 | 286.76 |
| 117008443 | 1 | 006769 | Check | Posted(GL) | 10/14/2010 | UPS | 0.00 | 804.40 | 804.40 |
| 117008443 | 1 | 006770 | Check | Posted(GL) | 10/14/2010 | DE CARO TRUCKING CO,INC. | 0.00 | 150.00 | 150.00 |
| 117008443 | 1 | 006771 | Check | Posted(GL) | 10/14/2010 | GEODIS WILSON USA,INC. | 0.00 | 396.96 | 396.96 |
| 117008443 | 1 | 006772 | Check | Posted(GL) | 10/14/2010 | FEDERAL EXPRESS | 0.00 | 1,212.31 | 1,212.31 |
| 117008443 | 1 | 006773 | Check | Posted(GL) | 10/14/2010 | NATIONAL PENSION CONSULTANTS,INC. | 0.00 | 585.00 | 585.00 |
| 117008443 | 1 | 006775 | Check | Posted(GL) | 10/15/2010 | DARLEEN BOYACI | 0.00 | 11,114.23 | 11,114.23 |
| 117008443 | 1 | 006776 | Check | Posted(GL) | 10/18/2010 | NATHANIA HERNANDEZ | 0.00 | 242.88 | 242.88 |
| 117008443 | 1 | 006777 | Check | Posted(GL) | 10/18/2010 | ARANELIS MENDEZ | 0.00 | 1,190.72 | 1,190.72 |
| 117008443 | 1 | 006778 | Check | Posted(GL) | 10/18/2010 | CHASE MANHATTAN BANK | 0.00 | 368.40 | 368.40 |
| 117008443 | 1 | 006779 | Check | Posted(GL) | 10/18/2010 | FRANCES VELTRI | 0.00 | 5,622.76 | 5,622.76 |
| 117008443 | 1 | 006780 | Check | Posted(GL) | 10/18/2010 | MICHELE WEST | 0.00 | 17,474.15 | 17,474.15 |
| 117008443 | 1 | 006781 | Check | Posted(GL) | 10/19/2010 | DAYTON GRANGER | 0.00 | 368.40 | 368.40 |
| 117008443 | 1 | 006782 | Check | Posted(GL) | 10/19/2010 | DAYTON GRANGER | 0.00 | 1,522.40 | 1,522.40 |
| 117008443 | 1 | 006783 | Check | Posted(GL) | 10/19/2010 | DAYTON GRANGER | 0.00 | 1,701.50 | 1,701.50 |
| 117008443 | 1 | 006784 | Check | Posted(GL) | 10/19/2010 | WALDOM ELECTRONICS | 0.00 | 358.08 | 358.08 |
| 117008443 | 1 | 006785 | Check | Posted(GL) | 10/20/2010 | UNITED WATER NEW JERSEY | 0.00 | 251.48 | 251.48 |
| 117008443 | 1 | 006786 | Check | Posted(GL) | 10/20/2010 | PSE&G | 0.00 | 865.89 | 865.89 |
| 117008443 | 1 | 006787 | Check | Posted(GL) | 10/20/2010 | CORDIA COMMUNICATIONS | 0.00 | 990.57 | 990.57 |
| 117008443 | 1 | 006788 | Check | Posted(GL) | 10/20/2010 | STAPLES CREDIT PLAN | 0.00 | 170.79 | 170.79 |
| 117008443 | 1 | 006789 | Check | Posted(GL) | 10/20/2010 | GEODIS WILSON USA,INC. | 0.00 | 346.21 | 346.21 |
| 117008443 | 1 | 006790 | Check | Posted(GL) | 10/20/2010 | FEDERAL EXPRESS | 0.00 | 1,255.06 | 1,255.06 |
| 117008443 | 1 | 006791 | Check | Posted(GL) | 10/20/2010 | UPS | 0.00 | 1,886.21 | 1,886.21 |

[*]- Voided

Date: 11/23/2010 4:51:53 AM
User: AMIT

[1]  Summit Aviation Supply

Page: 15

# All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006792 | Check | Posted(GL) | 10/21/2010 | BARFIELD INC. | 0.00 | 2,566.75 | 2,566.75 |
| 117008443 | 1 | 006794 | Check | Posted(GL) | 10/22/2010 | PETTY CASH | 0.00 | 300.00 | 300.00 |
| 117008443 | 1 | 006795 | Check | Posted(GL) | 10/22/2010 | GLENAIR,INC. | 0.00 | 20,849.44 | 20,849.44 |
| 117008443 | 1 | 006796 | Check | Posted(GL) | 10/22/2010 | THOMAS & BETTS CORP. | 0.00 | 1,415.70 | 1,415.70 |
| 117008443 | 1 | 006797 | Check | Posted(GL) | 10/22/2010 | DANIELS MANUFACTURING | 0.00 | 6,546.50 | 6,546.50 |
| 117008443 | 1 | 006798 | Check | Posted(GL) | 10/22/2010 | ROSEMOUNT AEROSPACE INC | 0.00 | 19,200.00 | 19,200.00 |
| 117008443 | 1 | 006799 | Check | Posted(GL) | 10/22/2010 | EATON CORPORATION | 0.00 | 25,000.00 | 25,000.00 |
| 117008443 | 1 | 006800 | Check | Posted(GL) | 10/22/2010 | EATON AEROSPACE LLC | 0.00 | 17,640.00 | 17,640.00 |
| 117008443 | 1 | 006801 | Check | Posted(GL) | 10/22/2010 | CONNECTORS PLUS | 0.00 | 3,820.75 | 3,820.75 |
| 117008443 | 1 | 006802 | Check | Posted(GL) | 10/22/2010 | AMPHENOL CORPORATION | 0.00 | 9,597.18 | 9,597.18 |
| 117008443 | 1 | 006803 | Check | Posted(GL) | 10/22/2010 | TTI, INC | 0.00 | 12,393.94 | 12,393.94 |
| 117008443 | 1 | 006804 | Check | Posted(GL) | 10/22/2010 | NASSOR ELECTRICAL SUPPLY CO. | 0.00 | 2,834.71 | 2,834.71 |
| 117008443 | 1 | 006805 | Check | Posted(GL) | 10/22/2010 | AVIONICS SPECIALIST | 0.00 | 4,502.54 | 4,502.54 |
| 117008443 | 1 | 006806 | Check | Posted(GL) | 10/22/2010 | BETATRONIX INC | 0.00 | 2,575.00 | 2,575.00 |
| 117008443 | 1 | 006807 | Check | Posted(GL) | 10/22/2010 | PEERLESS ELECTRONICS INC. | 0.00 | 1,625.00 | 1,625.00 |
| 117008443 | 1 | 006808 | Check | Posted(GL) | 10/22/2010 | REID SUPPLY COMPANY | 0.00 | 1,073.13 | 1,073.13 |
| 117008443 | 1 | 006809 | Check | Posted(GL) | 10/22/2010 | SERVICE SUPPORT | 0.00 | 3,000.00 | 3,000.00 |
| 117008443 | 1 | 006810 | Check | Posted(GL) | 10/22/2010 | CONSTITUTION CABLE PRODUCTS | 0.00 | 500.00 | 500.00 |
| 117008443 | 1 | 006811 | Check | Posted(GL) | 10/22/2010 | TRANSICOIL LLC,DBA ADSTRANSICOIL | 0.00 | 900.00 | 900.00 |
| 117008443 | 1 | 006812 | Check | Posted(GL) | 10/22/2010 | THERMTROL CORPORATION | 0.00 | 717.94 | 717.94 |
| 117008443 | 1 | 006813 | Check | Posted(GL) | 10/22/2010 | REPRO MED SYSTEMS | 0.00 | 370.15 | 370.15 |
| 117008443 | 1 | 006814 | Check | Posted(GL) | 10/22/2010 | FUSES UNLIMITED | 0.00 | 425.80 | 425.80 |
| 117008443 | 1 | 006815 | Check | Posted(GL) | 10/22/2010 | MOUSER ELECTRONICS | 0.00 | 41.56 | 41.56 |
| 117008443 | 1 | 006816 | Check | Posted(GL) | 10/22/2010 | AEROFAB COMPANY INC. | 0.00 | 560.00 | 560.00 |
| 117008443 | 1 | 006817 | Check | Posted(GL) | 10/22/2010 | JUST IN TIME ELECTRONICS | 0.00 | 746.59 | 746.59 |
| 117008443 | 1 | 006818 | Check | Posted(GL) | 10/22/2010 | AUSTRO MOLD | 0.00 | 720.00 | 720.00 |
| 117008443 | 1 | 006819 | Check | Posted(GL) | 10/22/2010 | POSITRONIC INDUSTRIES INC | 0.00 | 308.45 | 308.45 |
| 117008443 | 1 | 006820 | Check | Posted(GL) | 10/22/2010 | ARVAN | 0.00 | 555.00 | 555.00 |
| 117008443 | 1 | 006821 | Check | Posted(GL) | 10/22/2010 | PROBER INC. | 0.00 | 186.69 | 186.69 |
| 117008443 | 1 | 006822 | Check | Posted(GL) | 10/22/2010 | AIR GAS EAST | 0.00 | 155.10 | 155.10 |
| 117008443 | 1 | 006823 | Check | Posted(GL) | 10/22/2010 | QUALITY SOCKET SCREW MFG | 0.00 | 360.00 | 360.00 |

[*] Voided

Date: 11/23/2010 4:51:53 AM
User: AMIT

[1] Summit Aviation Supply

Page: 16

# All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006824 | Check | Posted(GL) | 10/22/2010 | INTERSTATE CONNECTING COMP. | 0.00 | 380.99 | 380.99 |
| 117008443 | | 000263 | Wire Trans | Posted(GL) | 10/25/2010 | GLENAIR INTERNATIONAL LTD | 0.00 | 1,500.48 | 1,500.48 |
| 117008443 | 1 | 006825 | Check | Posted(GL) | 10/25/2010 | FLAME ENTERPRISES, INC. | 0.00 | 80.00 | 80.00 |
| 117008443 | 1 | 006826 | Check | Posted(GL) | 10/25/2010 | COUNTRY GREEN LANDSCAPE,INC. | 0.00 | 100.58 | 100.58 |
| 117008443 | 1 | 006827 | Check | Posted(GL) | 10/25/2010 | UPS | 0.00 | 828.81 | 828.81 |
| 117008443 | 1 | 006828 | Check | Posted(GL) | 10/25/2010 | FEDERAL EXPRESS | 0.00 | 3,433.31 | 3,433.31 |
| 117008443 | 1 | 006829 | Check | Posted(GL) | 10/25/2010 | SARGENT FLETCHER,INC. | 0.00 | 25,000.00 | 25,000.00 |
| 117008443 | 1 | 006831 | Check | Posted(GL) | 10/25/2010 | HIREL CONNECTOR | 0.00 | 3,214.72 | 3,214.72 |
| 117008443 | 1 | 006832 | Check | Posted(GL) | 10/25/2010 | JRH ELECTRONICS INC. | 0.00 | 5,822.40 | 5,822.40 |
| 117008443 | 1 | 006833 | Check | Posted(GL) | 10/25/2010 | CONNECTICUT PLASTICS INC. | 0.00 | 1,047.00 | 1,047.00 |
| 117008443 | 1 | 006834 | Check | Posted(GL) | 10/26/2010 | AVIALL SERVICES,INC. | 0.00 | 50.96 | 50.96 |
| 117008443 | | 000265 | Wire Trans | Posted(GL) | 10/26/2010 | DRI RELAYS, INC. | 0.00 | 20,000.00 | 20,000.00 |
| 117008443 | 1 | 006835 | Check | Posted(GL) | 10/26/2010 | APP INDUSTRIES INC. | 0.00 | 5,563.19 | 5,563.19 |
| 117008443 | 1 | 006836 | Check | Posted(GL) | 10/26/2010 | MCII | 0.00 | 5,300.00 | 5,300.00 |
| 117008443 | 1 | 006837 | Check | Posted(GL) | 10/26/2010 | BERGEN CABLE TECHNOLOGY | 0.00 | 6,000.00 | 6,000.00 |
| 117008443 | 1 | 006838 | Check | Posted(GL) | 10/26/2010 | AMPHENOL CORPORATION | 0.00 | 9,539.53 | 9,539.53 |
| 117008443 | 1 | 006839 | Check | Posted(GL) | 10/26/2010 | ELECTRO ENTERPRISES, INC. | 0.00 | 12,376.35 | 12,376.35 |
| 117008443 | 1 | 006840 | Check | Posted(GL) | 10/26/2010 | PEI GENESIS | 0.00 | 8,290.44 | 8,290.44 |
| 117008443 | 1 | 006841 | Check | Posted(GL) | 10/26/2010 | TTI, INC | 0.00 | 5,108.90 | 5,108.90 |
| 117008443 | 1 | 006842 | Check | Posted(GL) | 10/26/2010 | API | 0.00 | 3,462.87 | 3,462.87 |
| 117008443 | 1 | 006843 | Check | Posted(GL) | 10/26/2010 | KIDDE AEROSPACE/FENWAL SAFETY SYSTE | 0.00 | 5,386.18 | 5,386.18 |
| 117008443 | 1 | 006844 | Check | Posted(GL) | 10/26/2010 | CPI/DENELEX GROUP | 0.00 | 4,371.50 | 4,371.50 |
| 117008443 | 1 | 006845 | Check | Posted(GL) | 10/26/2010 | GLENAIR,INC. | 0.00 | 482.58 | 482.58 |
| 117008443 | 1 | 006846 | Check | Posted(GL) | 10/26/2010 | SEAL DYNAMICS LLC | 0.00 | 6,494.40 | 6,494.40 |
| 117008443 | 1 | 006848 | Check | Posted(GL) | 10/27/2010 | AIRFASCO | 0.00 | 3,502.00 | 3,502.00 |
| 117008443 | 1 | 006849 | Check | Posted(GL) | 10/27/2010 | LA SALLE ELECTRIC SUPPLY | 0.00 | 520.80 | 520.80 |
| 117008443 | 1 | 006850 | Check | Posted(GL) | 10/27/2010 | DEER PARK | 0.00 | 69.22 | 69.22 |
| 117008443 | 1 | 006851 | Check | Posted(GL) | 10/27/2010 | ARIK ESHEL, CPA & ASSOC., P.C. | 0.00 | 1,500.00 | 1,500.00 |
| 117008443 | 1 | 006852 | Check | Posted(GL) | 10/27/2010 | PENTAGON 2000 SOFTWARE,INC. | 0.00 | 1,058.00 | 1,058.00 |
| 117008443 | 1 | 006853 | Check | Posted(GL) | 10/27/2010 | GEODIS WILSON USA,INC. | 0.00 | 404.25 | 404.25 |
| 117008443 | 1 | 006854 | Check | Posted(GL) | 10/27/2010 | FEDERAL EXPRESS | 0.00 | 1,842.97 | 1,842.97 |

[*]- Voided

Date: 11/23/2010 4:51:54 AM

User: AMIT

Page: 17

[1]  Summit Aviation Supply

# All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006855 | Check | Posted(GL) | 10/27/2010 | UPS / UPS SCS CHICAGO | 0.00 | 156.32 | 156.32 |
| 117008443 | 1 | 006856 | Check | Posted(GL) | 10/27/2010 | WALDOM ELECTRONICS | 0.00 | 1,282.88 | 1,282.88 |
| 117008443 | 1 | 000266 | Wire Trans | Posted(GL) | 10/27/2010 | SERVICE SUPPORT | 0.00 | 1,884.47 | 1,884.47 |
| 117008443 | 1 | 006857 | Check | Posted(GL) | 10/28/2010 | FLAME ENTERPRISES, INC. | 0.00 | 800.00 | 800.00 |
| 117008443 | 1 | 006858 | Check | Posted(GL) | 10/28/2010 | HYT AMERICA,INC. | 0.00 | 403.73 | 403.73 |
| 117008443 | 1 | 006859 | Check | Posted(GL) | 11/1/2010 | HIREL CONNECTOR | 0.00 | 2,743.50 | 2,743.50 |
| 117008443 | 1 | 006860 | Check | Posted(GL) | 11/1/2010 | PAN PACIFIC ELECTRONICS | 0.00 | 1,442.20 | 1,442.20 |
| 117008443 | 1 | 000267 | Wire Trans | Posted(GL) | 11/1/2010 | TRENK DIPASQUALE | 0.00 | 6,299.00 | 6,299.00 |
| 117008443 | 1 | 006861 | Check | Posted(GL) | 11/2/2010 | GLENAIR,INC. | 0.00 | 570.00 | 570.00 |
| 117008443 | 1 | 006862 | Check | Posted(GL) | 11/2/2010 | FRED LEVI | 0.00 | 4,600.00 | 4,600.00 |
| 117008443 | 1 | 006863 | Check | Posted(GL) | 11/2/2010 | BERGEN CABLE TECHNOLOGY | 0.00 | 13,622.95 | 13,622.95 |
| 117008443 | 1 | 006864 | Check | Posted(GL) | 11/2/2010 | SOUND POWERED COMMUNICATIONS | 0.00 | 2,992.74 | 2,992.74 |
| 117008443 | 1 | 006865 | Check | Posted(GL) | 11/2/2010 | BARCAR MFG INC | 0.00 | 3,495.00 | 3,495.00 |
| 117008443 | 1 | 006866 | Check | Posted(GL) | 11/2/2010 | NTE ELECTRONICS, INC. | 0.00 | 951.62 | 951.62 |
| 117008443 | 1 | 006867 | Check | Posted(GL) | 11/2/2010 | ROBERT MCKEOWN | 0.00 | 100.00 | 100.00 |
| 117008443 | 1 | 006868 | Check | Posted(GL) | 11/2/2010 | STATE OF NJ-CBT | 0.00 | 2,500.00 | 2,500.00 |
| 117008443 | 1 | 006869 | Check | Posted(GL) | 11/2/2010 | PROACTIVE TECNOLOGY GROUP,LLC | 0.00 | 600.00 | 600.00 |
| 117008443 | 1 | 006870 | Check | Posted(GL) | 11/2/2010 | TIME WARNER CABLE-BERGEN | 0.00 | 59.95 | 59.95 |
| 117008443 | 1 | 006871 | Check | Posted(GL) | 11/2/2010 | COUNTY WINDOW CLEANING CO. | 0.00 | 80.25 | 80.25 |
| 117008443 | 1 | 006872 | Check | Posted(GL) | 11/2/2010 | PURCHASE POWER | 0.00 | 600.00 | 600.00 |
| 117008443 | 1 | 006873 | Check | Posted(GL) | 11/2/2010 | AT&T MOBILITY | 0.00 | 21.40 | 21.40 |
| 117008443 | 1 | 006874 | Check | Posted(GL) | 11/2/2010 | GEODIS WILSON USA,INC. | 0.00 | 381.92 | 381.92 |
| 117008443 | 1 | 006875 | Check | Posted(GL) | 11/2/2010 | GOLD COAST FREIGHTWAYS,INC. | 0.00 | 112.34 | 112.34 |
| 117008443 | 1 | 006876 | Check | Posted(GL) | 11/2/2010 | DISCOUNT OFFICE SUPPLY,INC. | 0.00 | 160.18 | 160.18 |
| 117008443 | 1 | 006877 | Check | Posted(GL) | 11/2/2010 | INTERSTATE WASTE SERVICES | 0.00 | 264.69 | 264.69 |
| 117008443 | 1 | 006878 | Check | Posted(GL) | 11/3/2010 | CERIDIAN | 0.00 | 208.86 | 208.86 |
| 117008443 | 1 | 006879 | Check | Posted(GL) | 11/3/2010 | REID SUPPLY COMPANY | 0.00 | 31.60 | 31.60 |
| 117008443 | 1 | 006880 | Check | Posted(GL) | 11/3/2010 | ITT CORP. ICS- SANTA-ANA | 0.00 | 1,400.00 | 1,400.00 |
| 117008443 | 1 | 006881 | Check | Posted(GL) | 11/3/2010 | CLEVELAND MOTION CONTROLS,INC. | 0.00 | 1,020.00 | 1,020.00 |
| 117008443 | 1 | 006882 | Check | Posted(GL) | 11/3/2010 | HIREL CONNECTOR | 0.00 | 1,591.30 | 1,591.30 |
| 117008443 | 1 | 006883 | Check | Posted(GL) | 11/3/2010 | GLENAIR,INC. | 0.00 | 592.94 | 592.94 |

[*] -Voided

Date: 11/23/2010 4:51:54 AM
User: AMIT

[1]  Summit Aviation Supply

Page: 18

# All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006885 | Check | Posted(GL) | 11/5/2010 | PETTY CASH | 0.00 | 1,000.00 | 1,000.00 |
| 117008443 | 1 | 006886 | Check | Posted(GL) | 11/5/2010 | BTC ELECTRONIC COMPONENTS | 0.00 | 1,124.00 | 1,124.00 |
| 117008443 | 1 | 006887 | Check | Posted(GL) | 11/5/2010 | GRAYBAR | 0.00 | 2,230.05 | 2,230.05 |
| 117008443 | 1 | 006888 | Check | Posted(GL) | 11/5/2010 | AMPHENOL CORPORATION | 0.00 | 40,603.81 | 40,603.81 |
| 117008443 | 1 | 006889 | Check | Posted(GL) | 11/5/2010 | TTI, INC | 0.00 | 12,512.46 | 12,512.46 |
| 117008443 | 1 | 006890 | Check | Posted(GL) | 11/8/2010 | T ROWE PRICE TRUST | 0.00 | 96.73 | 96.73 |
| 117008443 | 1 | 006891 | Check | Posted(GL) | 11/8/2010 | HIREL CONNECTOR | 0.00 | 3,417.12 | 3,417.12 |
| 117008443 | 1 | 006892 | Check | Posted(GL) | 11/9/2010 | ALVATEK ELECTRONICS | 0.00 | 1,878.40 | 1,878.40 |
| 117008443 | 1 | 006893 | Check | Posted(GL) | 11/9/2010 | DAYTON GRANGER | 0.00 | 1,769.50 | 1,769.50 |
| 117008443 | 1 | 006894 | Check | Posted(GL) | 11/10/2010 | PEERLESS ELECTRONICS INC. | 0.00 | 283.32 | 283.32 |
| 117008443 | 1 | 006895 | Check | Posted(GL) | 11/10/2010 | COAST AIR SUPPLY CO INC | 0.00 | 70.59 | 70.59 |
| 117008443 | 1 | 006896 | Check | Posted(GL) | 11/10/2010 | WINGS ELECTRO SALES | 0.00 | 288.78 | 288.78 |
| 117008443 | 1 | 006897 | Check | Posted(GL) | 11/10/2010 | HIREL CONNECTOR | 0.00 | 1,275.40 | 1,275.40 |
| 117008443 | 1 | 006898 | Check | Posted(GL) | 11/11/2010 | HIREL CONNECTOR | 0.00 | 3,114.26 | 3,114.26 |
| 117008443 | 1 | 006900 | Check | Posted(GL) | 11/12/2010 | FLAME ENTERPRISES, INC. | 0.00 | 1,260.00 | 1,260.00 |
| 117008443 | 1 | 006901 | Check | Posted(GL) | 11/12/2010 | CABLEVISION | 0.00 | 74.90 | 74.90 |
| 117008443 | 1 | 006902 | Check | Posted(GL) | 11/12/2010 | UNITED WATER NEW JERSEY | 0.00 | 176.70 | 176.70 |
| 117008443 | 1 | 006903 | Check | Posted(GL) | 11/12/2010 | FMI INSURANCE COMPANY | 0.00 | 795.51 | 795.51 |
| 117008443 | 1 | 006904 | Check | Posted(GL) | 11/12/2010 | KONICA MINOLTA BUSINESS SOLUTIONS,US | 0.00 | 372.66 | 372.66 |
| 117008443 | 1 | 006905 | Check | Posted(GL) | 11/12/2010 | AT&T MOBILITY | 0.00 | 370.87 | 370.87 |
| 117008443 | 1 | 006906 | Check | Posted(GL) | 11/12/2010 | FEDERAL EXPRESS | 0.00 | 2,050.00 | 2,050.00 |
| 117008443 | 1 | 006907 | Check | Posted(GL) | 11/12/2010 | GEODIS WILSON USA,INC. | 0.00 | 766.12 | 766.12 |
| 117008443 | 1 | 006908 | Check | Posted(GL) | 11/12/2010 | SCHENKER,INC. | 0.00 | 60.22 | 60.22 |
| 117008443 | 1 | 006909 | Check | Posted(GL) | 11/12/2010 | DAVID SMITH | 0.00 | 100.00 | 100.00 |
| 117008443 | 1 | 006910 | Check | Posted(GL) | 11/15/2010 | FLAME ENTERPRISES, INC. | 0.00 | 570.00 | 570.00 |
| 117008443 | 1 | 006911 | Check | Posted(GL) | 11/16/2010 | TIMCO COMPONENTS | 0.00 | 1,450.00 | 1,450.00 |
| 117008443 | 1 | 006912 | Check | Posted(GL) | 11/16/2010 | TTI, INC | 0.00 | 11,440.00 | 11,440.00 |
| 117008443 | 1 | 006913 | Check | Posted(GL) | 11/16/2010 | JRH ELECTRONICS INC. | 0.00 | 486.50 | 486.50 |
| 117008443 | 1 | 006914 | Check | Posted(GL) | 11/16/2010 | AMPHENOL CORPORATION | 0.00 | 25,097.63 | 25,097.63 |
| 117008443 | 1 | 006915 | Check | Posted(GL) | 11/16/2010 | ARLEX SA | 0.00 | 8,174.90 | 8,174.90 |
| 117008443 | 1 | 006916 | Check | Posted(GL) | 11/16/2010 | FEDERAL EXPRESS | 0.00 | 1,225.94 | 1,225.94 |

[*] -Voided

Date: 11/23/2010 4:51:54 AM
User: AMIT

[1]  Summit Aviation Supply

Page: 19

# All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | 006917 | Check | Posted(GL) | 11/16/2010 | CORDIA COMMUNICATIONS | 0.00 | 950.86 | 950.86 |
| 117008443 | 1 | 006918 | Check | Posted(GL) | 11/16/2010 | PAUL COOPERMAN | 0.00 | 135.00 | 135.00 |
| 117008443 | 1 | 006919 | Check | Posted(GL) | 11/16/2010 | ARIK ESHEL, CPA & ASSOC., P.C. | 0.00 | 1,500.00 | 1,500.00 |
| 117008443 | 1 | 006920 | Check | Posted(GL) | 11/16/2010 | PENTAGON 2000 SOFTWARE,INC. | 0.00 | 595.00 | 595.00 |
| 117008443 | 1 | 006921 | Check | Posted(GL) | 11/16/2010 | DE CARO TRUCKING CO,INC. | 0.00 | 100.00 | 100.00 |
| 117008443 | 1 | 006922 | Check | Posted(GL) | 11/17/2010 | DAYTON GRANGER | 0.00 | 1,522.40 | 1,522.40 |
| 117008443 | 1 | 006923 | Check | Posted(GL) | 11/17/2010 | INVENTORY LOCATOR SERVICE | 0.00 | 246.24 | 246.24 |
| 117008443 | 1 | 006924 | Check | Closed | 11/19/2010 | DAYTON GRANGER | 0.00 | 1,701.50 | 1,701.50 |
| 117008443 | 1 | 006925 | Check | Closed | 11/22/2010 | TEMP FLEX CABLE | 0.00 | 480.00 | 480.00 |
| 117008443 | 1 | 006926 | Check | Closed | 11/22/2010 | PAN PACIFIC ELECTRONICS | 0.00 | 1,898.40 | 1,898.40 |
| 117008443 | 1 | 006927 | Check | Closed | 11/22/2010 | BERGEN CABLE TECHNOLOGY | 0.00 | 8,688.40 | 8,688.40 |
| 117008443 | 1 | 006928 | Check | Closed | 11/22/2010 | EATON CORPORATION | 0.00 | 38,950.00 | 38,950.00 |
| 117008443 | 1 | 006929 | Check | Closed | 11/22/2010 | TYCO ELECTRONICS | 0.00 | 1,372.15 | 1,372.15 |
| 117008443 | 1 | 006930 | Check | Closed | 11/22/2010 | AMPHENOL CORPORATION | 0.00 | 21,047.42 | 21,047.42 |
| 117008443 | 1 | 006931 | Check | Closed | 11/22/2010 | ITT CORP ICS- SANTA-ANA | 0.00 | 5,892.88 | 5,892.88 |
| 117008443 | 1 | 006932 | Check | Closed | 11/22/2010 | TTI, INC | 0.00 | 2,709.33 | 2,709.33 |
| 117008443 | 1 | * 006411 | Check | Void | 8/18/2010 | WALDOM ELECTRONICS | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | * 006501 | Check | Void | 8/20/2010 | MSP AVIATION | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | * 006557 | Check | Void | 8/23/2010 | PAN PACIFIC ELECTRONICS | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | * 006561 | Check | Void | 8/25/2010 | AVIO SUPPORT | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | * 006594 | Check | Void | 8/31/2010 | X-4 TOOL | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | * 006607 | Check | Void | 9/3/2010 | ALVATEK ELECTRONICS | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | * 006615 | Check | Void | 9/7/2010 | SOUND POWERED COMMUNICATIONS | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | * 006658 | Check | Void | 9/17/2010 | FENWAL SAFETY SYSTEMS INC. | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | * 006659 | Check | Void | 9/17/2010 | FLAME ENTERPRISES, INC. | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | * 006468 | Check | Void | 8/20/2010 | CROUSE-HINDS | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | * 006494 | Check | Void | 8/20/2010 | BARFIELD | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | * 006760 | Check | Void | 10/14/2010 | DAYTON GRANGER | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | * 006766 | Check | Void | 10/15/2010 | DISCOUNT OFFICE SUPPLY, INC. | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | * 006774 | Check | Void | 10/15/2010 | DARLEEN BOYACI | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | * 006793 | Check | Void | 10/21/2010 | UNIQUIP PLUS, INC | 0.00 | 0.00 | 0.00 |

[*] - Voided

Date: 11/23/2010 4:51:54 AM
User: AMIT

[1]  Summit Aviation Supply

Page: 20

# All Accounts Payable

| Account No. | Checkbook | Payment No. | Payment Type | Status | Date | Paid To | Discount | Applied Amount | Check Total |
|---|---|---|---|---|---|---|---|---|---|
| 117008443 | 1 | *006830 | Check | Void | 10/25/2010 | SERVICE SUPPORT | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | *006847 | Check | Void | 10/26/2010 | STATE ELECTRONICS | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | *006884 | Check | Void | 11/5/2010 | DAYTON GRANGER | 0.00 | 0.00 | 0.00 |
| 117008443 | 1 | *006899 | Check | Void | 11/1/2010 | FLAME ENTERPRISES, INC. | 0.00 | 0.00 | 0.00 |
| | | | | | | << Bank Total >> | 0.00 | 2,220,133.97 | 2,220,133.97 |
| | | | | | | << Grand Total >> | 0.00 | 2,220,133.97 | 2,220,133.97 |

[*] - Voided

None

☒

*c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None

☒

a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None

☒

b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None

☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and Receiverships**

None ☒  a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None ☐    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Embrarer | Customer | 1/22/2010 | Electronic gadget - $151 |
| Embrarer | Customer | 1/22/2010 | Electronic gadget - $151 |
| Embrarer | Customer | 2/11/2010 | Electronic gadget - $364 |
| Embrarer | Customer | 2/11/2010 | Electronic gadget - $727 |
| Luis Botsi Embrarer | Customer | 3/5/2010 | Electronic gadget - $232 |
| Paulo Rodolfo Embrarer | Customer | 3/5/10 | Electronic gadget - $232 |
| Luis Botsi Embrarer | Customer | 3/5/97 | Electronic gadget - $448.50 |
| Paulo Rodolfo Embrarer | Customer | 3/5/2010 | Electronic gadget - $448.50 |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Julio Da Silva Embrarer | Customer | 3/8/2010 | Electronic gadget - $36 |
| Julio Da Silva Embrarer | Customer | 3/8/2010 | Electronic gadget - $75 |
| Julio Da Silva Embrarer | Customer | 3/8/2010 | Electronic gadget - $110 |
| Julio Da Silva Embrarer | Customer | 3/8/2010 | Electronic gadget - $189 |
| Julio Da Silva Embrarer | Customer | 3/8/2010 | Electronic gadget - $212 |
| Julio Da Silva Embrarer | Customer | 3/8/2010 | Electronic gadget - $441 |
| Julio Da Silva Embrarer | Customer | 3/8/2010 | Electronic gadget - $447 |

**8.  Losses**

None  ☒
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None  ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C. 347 Mount Pleasant Avenue, Suite 300 West Orange, NJ 07052 | November 2, 2010 | 6,299 |

**10. Other transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial
☒        affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
         commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by
         either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
         is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

      b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this
case to a self-settled trust or similar device of which the debtor is a beneficiary.
None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None        List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
☒    which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of
     this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;
     shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage
     houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include
     information concerning accounts or instruments held by either or both spouses whether or not a joint petition is
     filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None        List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☐    valuables within one year immediately preceding the commencement of this case. (Married debtors filing
     under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a
     joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Debtor's Premises 1008 Teaneck Road Teaneck, NJ 07666 | David Muary | Petty Cash Blank Checks Office Key Log | |

**13.  Setoffs**

None
☒

     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☒

     List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☒

     If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
☒

     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

     NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

     "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

     a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a
release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental
Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit
that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the
businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director,
partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a
trade, profession, or other activity either full- or part-time within six years immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
percent or more of the voting or equity securities within the six years immediately preceding the commencement
of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined
in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.7-754 - 30386-302Y-30410 - Adobe PDF

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None     a.     List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐             bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Ron Bloch<br>Hossman & Bloch, CPA<br>45 Knollwood Road<br>Elmsford, NY 10523 | Through November 2007 |
| David Murray | November 2007 to Present |
| Nancy Hernandez | |

None     b.     List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☐             case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Afik Esheel<br>CPA & Associates PC | 462 7th Avenue, 14th Floor<br>New York, NY 10018 | 2007 to Present |

None     c.     List all firms or individuals who at the time of the commencement of this case were in possession of the
☒             books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-036I0 - Adobe PDF

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☐         a financial statement was issued within the two years immediately preceding the commencement of this case by
          the debtor.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |
| Bank of America, N.A. | August 2010 |
| HSBC Bank USA, N.A. | August 2010 |
| JP Morgan Chase Bank, N.A. Attn: Michael A. Fondacaro NY1-K425 270 Park Avenue, 45th Floor New York, NY 10017-2014 | Quarterly |
| Peoples United Bank | August 2010 |
| RBS Citizens, N .A. | August 2010 |
| TD Banknorth, N.A. | August 2010 |
| UPS Capital Business Credit | August 2010 |
| Webster Bank; N.A. | August 2010 |
| Branch Banking and Trust Company | August 2010 |
| M&T Bank | August 2010 |
| PNC Bank, N.A. | August 2010 |
| Sun National Bank | August 2010 |
| CIT Group/CIT Business Credit, Inc. | August 2010 |
| Citibank, N.A. | August 2010 |
| Metropolitan National Bank | August 2010 |
| Cowlitz Bank | August 2010 |
| KeyBank National Association | August 2010 |
| Union Bank, N.A. | August 2010 |
| Wells Fargo HSBC Trade Bank, N.A. | August 2010 |

**20. Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☐       taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| January 2009 | David Smith | 2,815,850 |
| January 2010 | David Smith | 3,695,057 |

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☐       reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| January 2009 | 1008 Teaneck Road Teaneck, NJ 07766 |
| January 2010 | 1008 Teaneck Road Teaneck, NJ 07666 |

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐       directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| BOS Supply Chain Solutions (Lynk) Inc. 1008 Teaneck Road Teaneck, NJ 07666 | Parent Company | 100% |
| Avidan Zelicovski 20 Freiman Street P.O. Box 741 Rishon Le-zion 75101 ISRAEL | Director | |
| Eyal Cohen 20 Freiman Street P.O. Box 741 Rishon Le-zion 75101 ISRAEL | Director | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Yuval Viner<br>20 Freiman Street<br>P.O. Box 741<br>Rishon Le-zion 75101 ISRAEL | Director | |
| David Smith<br>110 Armstrong Road<br>Wantage, NJ 07461 | General Manager | |
| Jacob Friemax | | |

**22.  Former partners, officers, directors and shareholders**

None ☒  a.   If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐  b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Andrew Levi<br>4 Deertrail Road<br>Franklin Lakes, NJ 07417 | Director of Business Development | May 2010 |

**23.  Withdrawals from a partnership or distribution by a corporation**

None ☐   If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Andrew Levi<br>4 Deertrail Road<br>Franklin Lakes, NJ 07417<br>Relationship: General Manager until December 2009 | 4th Quarter 2009 - Salary<br>1st Quarter 2010 - Salary<br>2nd Quarter 2010 - Salary | 32,684<br>26,390<br>22,243 |
| David Smith<br>110 Armstrong road<br>Wantage, NJ 07461<br>Relationship: General Manager Commencing December 7, 2009 | 4th Quarter 2009 - Salary<br>1st Quarter 2010 - Salary<br>2nd Quarter 2010 - Salary<br>3rd Quarter 2010 - Salary<br>October 10, 2010 - Salary<br>Nov. 1- Nov. 18, 2010 - Salary | 25,987<br>23,100<br>25,025<br>25,025<br>9,625<br>6,761 |

### 24. Tax Consolidation Group

None ☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

BOS Supply Chain Solutions (Lynk) Inc.                   93 1286399

### 25. Pension Funds

None ☐    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

American Fund                                              22 1911284

*    *    *    *    *    *

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    November 23, 2010                    Signature    /s/ Eyal Cohen

                                                                            EYAL COHEN,
                                                                            Director

                                                                            Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

<u>    0    </u> continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.7-754 - 30386-302Y-03610 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In re:

BOS Supply Chain Solutions (Summit)
Inc.

Case No. 10-

Chapter 7

Debtor(s)

## Disclosure of Compensation of Attorney for Debtor

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for
    the above-named debtor(s) and that compensation paid to me within one year before the filing of
    the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on
    behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as
    follows:

    For legal services, I have agreed to accept.................................................$____6,000.00____

    Prior to the filing of this statement I have received ...................................$____6,000.00____

    Balance due.................................................................................................$____0.00____

2.  The source of compensation paid to me was:

    ☒    Debtor            ☐    Other (specify)

3.  The source of compensation to be paid to me is:

    ☒    Debtor            ☐    Other (specify)

4.  ☒    I have not agreed to share the above-disclosed compensation with any other person unless
    they are members and associates of my law firm.

    ☐    I have agreed to share the above-disclosed compensation with any other person or
    persons who are not members or associates of my law firm.  A copy of the agreement, together
    with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case including:

    a.   Consultation with debtor to analyze debtor's financial situation and render advice to
         debtor in determining whether to file a petition in bankruptcy;

    b.   Preparation and filing debtor's Chapter 7 petition, schedules, and statement of financial
         affairs;

    c.   Representation of debtor at one initial meeting of creditors and provide requested
         documents to the trustee;

    d.   Interaction with trustee in connection with this proceeding; and

    e.   Provide general guidance in connection with this proceeding.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    a.    Defending adversary proceedings commenced by creditors or the trustee including, but not limited to, objections to debtor's discharge or the dischargeability of a debt.

    b.    Preparing complaints or motions to avoid a lien or judgment, appearing at pretrial conferences, and taking the matter through trial stage.

    c.    Preparing motions in support of the petition or to reduce or expunge a claim, demand turnover of assets, enforce recovery of assets, or similar affirmative or defensive relief; and related court appearances.

    d.    Preparing motions with respect to a creditor's violation of automatic stay; and related court appearances.

    e.    Defending motions to modify the automatic stay or dismiss debtor's case and related court appearances.

    f.    Preparing a motion to reopen debtor's case in the event debtor's case is closed without the issuance of a discharge.

    g.    Amending debtor's Schedules to add an asset, debt, creditor, or exemption.

    h.    Attending an adjourned 11 U.S.C. Sect. 341(a) meeting caused by debtor's failure to appear at the initial meeting.

    i.    Representing debtor in connection with a Reaffirmation Agreement.

    j.    Representing debtor in connection with a R. 2004 Subpoena for examination and/or production of documents.

    k.    Converting to a Ch. 11 or Ch. 13 case.

F:\WPDOCS\A-M\BOS\Ch 7 - Attorney Fee Disclosure Summit.doc

A.E. Petsche
920 GH River Street
Windsor, CT 06095


AAR Distribution
3312 Paysphere Circle
Chicago, IL 60674-3312


Aaxico Sales, Inc.
8881 N.W. 13th Terrace
Miami, FL 33172


AFP Industries Inc.
7900 Whitepine Road
Richmond, VA 23237


Air Electro, Inc.
9452 De Soto Avenue
Chatsworth, CA 91311-4910


Air Ground Equipment
420 Edourd Avenue
Granby, Quebec, Canada J2G3Z3


Airpath Instrument Co., Inc.
13150 Taussig Avenue
Bridgeton, MO 63044-1294


Alvatek Electronics
PO Box 7847
Wilmington, DE 19803-0847


Amidon Associates
PO Box 6122
Irvine, CA 92616


Amphenol Canada Corp.
605 Milner Avenue
Toronto, Ontario, Canada MIB 5X6


Amphenol Corporation
40-60 Delaware Drive
Sidney, NY 13838-1395

Amphenol PCD
72 Cherry Hill Drive
Beverly, MA 01915


Anderson Airmotive Products, Inc.
994 Jefferson Street
Fall River, MA 02721


API-Memphis
2325 Dean Street
Suite 600
St. Charles, IL 60175


Aqua Measure Instrum
1712 Earhart Court
La Verne, CA 9175-5826


Arik Eshel, CPA & Assoc., P.C.
350 Motor Parkway
Hauppauge, NY 11778


Arrow Advantage
155 Chain Lake Drive
Suite 27
Halifax, Canada B3S1B3


Astonics
815 N 2150 West Circle
Cedar City, UT 84720


Astrex Electronics, Inc.
205 Express Street
Plainview, NY 11803


Astro Tool
21615 SW Tualatin Valley Highway
Beaverton, OR 97006


Astro Tool Corp.
21615 SW Tualatin Valley Highway
Beaverton, OR 97006

Avio-Diepen Inc.
561 Airport South Parkway
Suite 500
Atlanta, GA 30349


Avionics Specialist
3833 Premier Avenue
Memphis, TN 38118


Avnet
P.O. Box 70390
Chicago, IL 60673-0390


B&B Electronics Mfg. Co.
707 East Dayton Road
Ottawa, IL 61350


Bausch & Lomb
1400 N Goodman Street
Rochester, NY 14609


Bergen Cable Technology
343 Kaplan Drive
Fairfield, NJ 07004


Betatronix Inc.
110 Nicon Court
Hauppauge, NY 11788-4212


BOS Better Online Solutions Ltd.
20 Yaacov Frieman Street
Rishon Le-Zion ISRAEL


BOS Supply Chain Solutions (Lynk) Inc.
1008 Teaneck Road
Teaneck, NJ 07666


BPG, Inc.
440 Industrial Drive
North Wales, PA 19454-4151

BTC Electronic Components
1655 Fifth Avenue
Unit 3
Bayshore, NY 11706


Burgoyne Sales
110 McGaw Drive
Edison, NJ 08837


Cobham Mission Systems Division
2734 Hickory Grove Road
Davelport, IA 52804-1203


Connector Technology
5 Walter Foran Blvd
Suite 4005
Flemington, NJ 08822


Country Green Landscape Inc.
59 Beverly Place
Bergenfield, NJ 07621


CPN Electronics
4880 North Hiatus Road
Sunrise, FL 33351


D.R.I. Relays
55 Engineers Road
Hauppauge, NY


Dave Murray
810 Colfax Avenue
Pompton Plains, NJ 07442


David Clark Co.
Box 15054
Worcester, MA 01615-0054


David Smith
110 Armstrong Road
Wantage, NJ 07461

David Smith
110 Armstrong Road
Wantage, NJ 07461


DBR Industries
18 Penns Road
Newtown, PA 18940


Deer Park
P.O. Box 856192
Louisville, KY 40285-6192


Denelex
101 Christopher Street
Ronkonkoma, NY 11779


Derco Aerospace, Inc.
8000 W Tower
Milwaukee, WI 53223


Diagnostic Solutions International
26 Lamplighter
Irvine, CA 92620


Digi-Key Corporation
701 Brook Avenue S
Thief River Falls, MN 56701-0677


DIT-MCO International Corp.
5612 Brighton Terrace
Kansas City, MO 64130-4530


Dixie Aerospace
P.O. Box 515
Springville, UT 84663-0515


DME Electronics
170 Cain Drive
Haysville, KS 67060


Dukes Aerospace, Inc.
9060 Winnetka Avenue
Northridge, CA 91324

DuPont Tedlar
River Road & Sheridan Drive
Buffalo, NY 14207


ECD Hermetic Products Operation
250 Eddie Jones Way
Oceanside, CA 92058


Edmo Distributors Inc.
12830 E. Mirabeau Parkway
Spokane, WA 99216-1464


Electro Enterprises
3601 N. Interstate 35
32-335
Oklahoma City, OK 73136


Electro Enterprises
7425 Jack Newell Blvd. South
Fort Worth, TX 76118


Electronic Connector Corp.
6332 S Central Avenue
Chicago, IL 60638


Emteq, Inc.
5349 South Emmer Drive
New Berlin, WI 53151


Federal Express
P.O. Box 371461
Pittsburgh, PA 15250-7461


Fred Levi
466 Royal Palm Way
Boca Raton, FL 33432


Fred Levi
466 Royal Palm Way
Boca Raton, FL 33432


Fuses Unlimited
9248 Eton Avenue
Chatsworth, CA 91311

GE Lightin
4400 Cox Road
PO Box 4290
Glen Allen, VA 23058


Harper Engineering Co.
200 S. Tobin Street
Renton, WA 98055-1307


Haydon Switch & Instrument Inc.
1500 Meridian Road
Waterbury, CT 06705


HEC Inc. Hooray USA
30961 W Agoura Road
Westlake Village, CA 91361


Henkel
300 Brookside Avenue
Ambler, PA 19002


Herber Aircraft Service
1401 East Franklin Avenue
El Segundo, CA 90245-4307


Hernan Chica
82 South State ST2
Hackensack, NJ 07601


Hirel Connector
760 W. Wharton Drive
Claremont, CA 91711


Industrial and Commercial Bank of China
725 Fifth Avenue
20th Floor
New York, NY 10022


Industrial Electronic Hardware Corp.
140 58th Street
Suite 8E
Brooklyn, NY 11220

Inventory Locator Service
PO Box 415000
Lock Box 410048
Nashville, TN 37241-5000


J&K Connector
1600 SW 43rd Street, #100
Renton, WA 98057


JPMorgan Chase Bank, N.A.
Attn:  Michael A. Fondacaro
NY1-K425
270 Park Avenue, 45th Floor
New York, NY 10017-2014


Just In Time Electronics
PO Box 192
Easst Rockaway, NY 11518


Kearfott Guidance & Navigation
1150 McBride Avenue
Little Falls, NJ 07424


Kellstrom Tool
214 Church Street
Weathersfield, CT 06109


Kindel Machine and Tool
12718 Patricia Drive
North Royalton, OH 44133


Konica Minolta
100 Wiliams Drive
Ramsey, NJ 07446


Konica Minolta
100 Wiliams Drive
Ramsey, NJ 07446


Lectron Industries
1185 Morris Avenue
Union, NJ 07083

Loos Cableware Technology Div.
901 Industrial Blvd
Naples, FL 34104


Lou Severino
203 West Shore Avenue
Bogota, NJ 07603


Manning Electric
154 27th Street
Brooklyn, NY 11232


March Electronics, Inc.
25 Feldland Street
Bohemia, NY 11716


Marine Air Supply Co.
5330 Spectrum Drive
Frederick, MD 21703


Masline Electronics
511 S Cinton Avenue
Rochester, NY 14620


Mathews Associates
220 Power Court
Sanford, FL 32771


MCLI
c/o PVP Instrumentation
5 Joann Court
Randolph, NJ 07869


MIBA Hydromechanica Corp.
6625 Cobb Drive
Sterling Heights, MI 48312


Microstock, Inc.
PO Box 91
West Point, PA 19486-0091


Mouser Electronics
958 North Main Street
Mansfield, TX 76063

MSP Aviation
239 West Grimes Lane
Bloomington, IN 47403


Murray Benjamin Electric Co.
397 West Avenue
Stamford, CT 06902


Nancy Hernandez
25 Avenue B
Lodi, NJ 07644


Nassor Electrical Supply Co.
200 Moonachie Avenue
Moonachie, NJ 07074


Newark Electronics
4801 N Ravenswood Avenue
Chicago, IL 60640


Nicole Kent
60 River Road, Apt. 205W
Bogota, NJ 07603


Nordam Transparency
P.O. Box 3365
Tulsa, OK 74101


Norwich Aero Products
50 O'Hara Drive
Norwich, NY 13815


OPTI Mfg
PO Box 559
Luquillo, PR 00773


Panasonic Avionics Corp.
22333 29th Dr. SE
Bothell, WA 98021


Paul Cooperman
840 Palisade Avenue #1A
Teaneck, NJ 07666

Peerless Electronics Inc.
P.O. Box 9052
Bethpage, NY 11714-9052


PEI Genesis
2180 Hornig Road
Philadelphia, PA 19116-4289


Pitney Bowes, Inc.
1 Elmcroft Road
Stamford, CT 06926-0700


Pitney Bowes, Inc.
1 Elmcroft Road
Stamford, CT 06926-0700


PSE&G
PO Box 14105
New Brunswick, NJ 08906-4105


R&B Electronics
1520 Industrial Park Drive
Sault Sainte Marie, MI 49783


Rebling Plastics
150 Franklin Drive
Warrington, PA 18976


Remke
310 Chaddick Drive
Wheeling, IL 60090


Resco Electronics
4961 Mercantile Road
Baltimore, MD 21236


RSI, Inc.
1701 Dalshank
Pflugerruile, TX 78660


Santron Inc.
4 Newburyport Turnpike
Ipswich, MA 01938

Sea Wire and Cable
451 Lanier Road
Madison, AL 35758


Seal Dynamics
75 Burt Drive
Deer Park, NY 11729


Service Support
1365 Montclaire Way
Los Altos, CA 94020


Sound Powered Communications
PO Box 5569
Trenton, NJ 08638-0569


Souriau
50 Grumbacher Road
York, PA 17402


Specialty Cable
2 Tower Drive
Wallingford, CT 06492


Specmat Technologies 215 Dunavant Drive
Rockford, TN 37853


State of New Jersey


Steinerfilm, Inc.
987 Simmonds Road
Williamstown, MA 01267-2197


Talley/AF Comm Supply
19935 W 157th Street
Olathe, KS 66062


Ted Manufacturing Corp.
11415 Johnson Drive
PO Box 3099
Shawnee Mission, KS 66203

TPS Aviation, Inc.
1515 Crocker Avenue
Hayward, CA 94544-7038


Transaero, Inc.
35 Melville Park Road
Melville, NY 11747


Tri-Star Electronics Intl. Inc.
2201 Rosecrans Avenue
El Segundo, CA 90245


TTI, Inc.
P.O. Drawer 99111
Forth Worth, TX 76199-0111


Tur-Bo Jet Products
5025 North Earle Avenue
Rosemead, CA 91770


Tyco Electronics
P.O. Box 8500 S-5275
Philadelphia, PA 19178


UPS / UPS SCS Atlanta
PO Box 533238
Atlanta, GA 30353-3238


UPS Supply Chain Solution Inc.
28013 Network Place
Chicago, IL 60673-1280


Versabar
33-41 Bergen Street
Paterson, NJ 07522-1897


W and O Supply
950 Hendersen Blvd
Folcroft, PA 19032


Wardell Braiding Machine Co.
1211 High Street
Central Falls, RI 02863

Wesco Aircraft Electronics
Products Group
3851 N. Webb Road
Wichita, KS 67226

Wilmar Corp.
PO Box 88259
Tukwila, WA 98138

Wire Masters Inc.
1788 Northpointe Road
Columbia, TN 38401

Ximena Rosado
146 Lawrence Street
Hackensack, NJ 07601

YRC (RDWY)
PO Box 13573
Newark, NJ 07188-3573